**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Imperial Frozen Foods Op Co, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1679714** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**3150 Rogers Road, Suite 212**
**Wake Forest, NC 27587**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Wake**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Imperial Frozen Foods Op Co, LLC**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Imperial Frozen Foods Op Co, LLC**                                Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 22, 2019**
              MM / DD / YYYY

X **/s/ Craig Higgins**                                    **Craig Higgins**
Signature of authorized representative of debtor          Printed name

Title   **CFO**

---

**18. Signature of attorney**

X **/s/ Gerald A. Jeutter, Jr.**                           Date   **November 22, 2019**
Signature of attorney for debtor                                  MM / DD / YYYY

**Gerald A. Jeutter, Jr. 17724**
Printed name

**Smith Anderson**
Firm name

**150 Fayetteville Street, Ste. 2300**
**P.O. Box 2611**
**Raleigh, NC 27602-2611**
Number, Street, City, State & ZIP Code

Contact phone   **919-821-1220**      Email address   **jjeutter@smithlaw.com**

**17724 NC**
Bar number and State

### RESOLUTION OF MEMBERS OF
### IMPERIAL FROZEN FOODS OP CO, LLC
### AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 7

WHEREAS, the financial condition of Imperial Frozen Foods Op Co, LLC (the "Company") necessitates the liquidation of the Company under the protections afforded by Chapter 7 of the United States Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court for the Eastern District of North Carolina, a Chapter 7 petition and to otherwise proceed under Chapter 7 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that any officer of the Company be and is hereby authorized to execute on behalf of the Company the petition, schedules and any other documents required for or in connection with the Chapter 7 filing; and

BE IT FURTHER RESOLVED that the Company shall employ Gerald A. Jeutter, Jr. and the law firm of Smith Anderson Blount Dorsett Mitchell and Jernigan, PA to assist the Company in filing the Chapter 7 case and in all proceedings thereunder.

The foregoing is a true and correct copy of the resolution approved by the Board of Directors at a duly called meeting on the 21st day of November, 2019 and has not been rescinded or amended as of this date.

This 22nd day of November, 2019.

By: _____
Name: Craig Higgins
Title: CFO

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Imperial Frozen Foods Op Co, LLC**                                    Case No. _____

_____
Debtor(s)                                    Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 22, 2019**                        **/s/ Craig Higgins**
_____    _____
                                **Craig Higgins**/**CFO**
                                Signer/Title

1World Sync
Attn:  Officer/Manager
7887 Washington Village Drive
Dayton, OH 45459

ACF FinCo I, LP
c/o Michael Bonner
2005 Market Street, Ste 2600
Philadelphia, PA 19103

Advantage Marketing Partners
Attn:  Officer/Manager
PO Box 744347
Atlanta, GA 30374

3150 at Heritage Condo OA Inc
Attn:  Officer/Manager
5310 NC Highway 55, Sute 101
Durham, NC 27713

Action Overhead Door of Savannah
Attn:  Officer/Manager
PO Box 249
Rincon, GA 31326

Advantage Sales and Marketing
Attn:  Officer/Manager
PO Box 31001-1764
Pasadena, CA 91110

3150 at Heritage Condominium Owners
Attn:  Officer/Manager
5310 NC Highway 55, Suite 101
Durham, NC 27713

Active Berry Packers LLC
Attn:  Officer/Manager
752 Loomis Trail Road
Lynden, WA 98264

Advantage Solutions
Attn:  Officer/Manager
PO Box 744347
Atlanta, GA 30374

3M Company
Attn:  Officer/Manager
PO Box 844127
Dallas, TX 75284

Adivas LLC
Attn:  Officer/Manager
5644 Rocky Trail Ct.
Charlotte, NC 28270

Advertape Inc
Attn:  Officer/Manager
1189 Montauk Highway
Patchogue, NY 11772

905creative
Attn:  Officer/Manager
3650 Rogers Road #319
Wake Forest, NC 27587

ADS Security LP
Attn:  Officer/Manager
27 Chatham Senter South, Suite B
Savannah, GA 31405

Agrana Fruit Mexico Sa de Cv
Martinez de Navarrete 83-B
Zamora    Michoacan
MEXICO

A and D Cold Storage Inc
Attn:  Officer/Manager
512 Southbridge Street
Worcester, MA 01610

Advanced Design & Packaging Inc
Attn:  Officer/Manager
PO Box 742866
Atlanta, GA 30374

AIB International Food Labeling
Attn:  Officer/Manager
PO Box 3999
Manhattan, KS 66505

A&P Fruit Growers Ltd-Attn: Officer
1794, Peardonville
Abbotsford, BC   V4X 2M4
CANADA

Advanced Door Systems Inc
Attn:  Officer/Manager
106 Sharon Court
Pooler, GA 31322

AICPA Insurance Trust
Attn:  Officer/Manager
PO Box 0516
Carol Stream, IL 60132

Accentuate Staffing Inc
Attn:  Officer/Manager
3200 Fiarhill Drive, Suite 100
Raleigh, NC 27612

Advantage Capital Ag Partners L.P.
Attn:  Officer/Manager
190 Carondelet Plaza, Suite 1500
Saint Louis, MO 63105

Air Specialty and Equipment Co
Attn:  Officer/Manager
406 S Navigation
Corpus Christi, TX 78405

Accountemps
Attn:  Officer/Manager
12400 Collections Center Drive
Chicago, IL 60693

Advantage Capital Partners
Attn:  Officer/Manager
909 Poydras Street, #2230
New Orleans, LA 70112

Airgas USA, LLC
Attn:  Officer/Manager
PO Box 734671
Dallas, TX 75373

Alabama Department of Revenue
PO Box 327320
Montgomery, AL 36132

Allegiance Retail Services
Attn: Officer/Manager
485 Route 1 South    Bldg D, Suite 420
Iselin, NJ 08830

Andrew Roberts Inc
Attn: Officer/Manager
PO Box 3775
Natick, MA 01760

Alan Hydraulics and Machinery Co In
Attn: Officer/Manager
235 South W W White Road
San Antonio, TX 78219

Allen's Blueberry Freezer, Inc.
Attn: Officer/Manager
244 Main Street
Ellsworth, ME 04605

Antwan Knotts
406 Glencroft Dr.
Wingate, NC 28174

Alca Trading Corp
Attn: Officer/Manager
5301 Blue Lagoon Drive, Suite 570
Miami, FL 33126

Alliance Sales & Marketing
Attn: Officer/Manager
5113 Piper Station Drive, Suite 102
Charlotte, NC 28277

Aramark Uniform Services
Attn: Officer/Manager
PO Box 731676
Dallas, TX 75373

Alchemy Systems
Attn: Officer/Manager
5301 Riata Park Ct, Bldg. F, St 100
Austin, TX 78727

Alma Pak
Attn: Officer/Manager
230 Pineview Road
Alma, GA 31510

Arbre Farms Corporation
Attn: Officer/Manager
6262 N. 192nd Ave.
Dayton, OH 45459

Alex McIntosh
913 Southerly Road, #034
Towson, MD 21204

American Film and Printing Ltd
Attn: Officer/Manager
502 E Shelton
Alvarado, TX 76009

Ares Management LLC
Attn: Officer/Manager
71 South Wacker Drive
Chicago, IL 60606

Alex Meyer
2468 N Bogus Basin Road
Boise, ID 83702

Americold Logistics, LLC
Attn: Officer/Manager
10 Glenlake Parkway, Ste 600 S Twr
Atlanta, GA 30328

Arleane Sanchez
9332 Leslieshire Drive
Raleigh, NC 27615

AlexIngredients Inc.-Attn: Officer
113 Rue Sainte-Anne
Sainte Anne-de Bellevue, QC H9X 1M2
CANADA

AMPAC
Attn: Officer/Manager
25366 Network Place
Chicago, IL 60673

Armstrong
Attn: Officer/Manager
PO Box 150370
Ogden, UT 84415

Alford Leasing Company
Attn: Officer/Manager
PO Box 90755
Raleigh, NC 27675

AMST
Attn: Officer/Manager
1936 Transport Lane
Holland, MI 49423

Associated Food Stores, LLC
Attn: Officer/Manager
PO Box 32111
New York, NY 10087

Aliments Alasko Foods Inc-Attn Mgr
6810 Des Grandes Prairies
St Leonard, QC  H1P 3P3
CANADA

Amy Ford
6316 Clamshell Drive
Wake Forest, NC 27587

Assorted Business Services Inc
Attn: Officer/Manager
77 Ravenswood Court
Oakley, CA 94561

AT&T
Attn:  Bankruptcy
4331 Communications Dr, Flr 4W
Dallas, TX 75211

Atlantic Waste Services
Attn:  Officer/Manager
125 B Pine Meadow Drive
Pooler, GA 31322

ATOZ FlexPac Inc
Attn:  Officer/Manager
499 Nibus STE E
Brea, CA 92821

Augustine Farms, Inc
Attn:  Officer/Manager
213 Wilbur Pridgen Rd.
Harrells, NC 28444

Automated Business Resources Inc
Attn:  Officer/Manager
15 Chatham Center South Drive
Savannah, GA 31405

Avenger Logistics
Attn:  Officer/Manager
1557 Coon Rapids Blvd NE
Minneapolis, MN 55433

Axiom Staffing Group
Attn:  Officer/Manager
2475 Northwinds Parkway, Ste 575
Alpharetta, GA 30009

Axle Logistics
Attn:  Officer/Manager
520 W. Summit Hill Drive
Knoxville, TN 37902

B and B Packaging Inc
Attn:  Officer/Manager
42 Geiger Circle
Rochester, NY 14612

Back Track Inc
Attn:  Officer/Manager
8850 Tyler Blvd
Canfield, OH 44406

Bay Transportation Services LLC
Attn:  Officer/Manager
PO Box 15
Auburn, MI 48611

BCBSNC
Attn:  Officer/Manager
PO Box 580017
Charlotte, NC 28258

Becker Pumps Corp
Attn:  Officer/Manager
PO Box 72294
Cleveland, OH 44192

Berry Global, Inc.
Attn:  Officer/Manager
PO Box 660919, Dept 730002
Dallas, TX 75266

Bill Arends
167 Colonade Circle
Naples, FL 34103

BIOMAC SRL, Attn:   Officer
Las Amapolas 325
Manuel Alberti, Pilar   01667
BUENOS AIRES

BioTrax
Attn:  Officer/Manager
3580 Harlem Road
Buffalo, NY 14215

Birch Communications
Attn:  Officer/Manager
PO Box 105066
Atlanta, GA 30348

Blue Harvest Farms, LLC
Attn:  Officer/Manager
14210 Winans Street
West Olive, MI 49460

Blue Marble Brands
Attn:  Officer/Manager
313 Iron Horse Way
Providence, RI 02908

Bluegrace Logistics
Attn:  Officer/Manager
PO Box 4964, Dept 109
Houston, TX 77210

BMW Fininical Services
Attn:  Officer/Manager
PO Box 9001065
Louisville, KY 40290

Bolthouse Farms, Inc.
Attn:  Officer/Manager
P.O. Box 842237
Boston, MA 02284

Bonduelle USA Inc
Attn:  Officer/Manager
100 Corporate Woods, Suite 210
Rochester, NY 14623

Boots Unlimited
Attn:  Officer/Manager
1212 E Highway 80, Suite 1200
Pooler, GA 31322

Bosch Packaging Services Inc
Attn:  Officer/Manager
2440 Sumner Boulevard
Raleigh, NC 27616

Braddy Sign Company
Attn:  Officer/Manager
PO Box 3837
Savannah, GA 31414

Brecon Foods, Attn:  Officer
189 Hymus Blvd, #406
Pointe Claire, QC  H9R 1E9
CANADA

Brian Tracy
4125 N Hermitage Ave
Chicago, IL 60613

Briggs Equipment
Attn:  Officer/Manager
10540 N. Stemmons Freeway
Dallas, TX 75284

Bron Tapes of Texas, LLC
Attn:  Officer/Manager
3510 Dalworth St.
Arlington, TX 76011

Bubbies Homemade Ice Cream & Desser
Attn:  Officer/Manager
5650 W Chandler Blvd, Suite 3
Chandler, AZ 85226

Buckeye Business Products Inc
Attn:  Officer/Manager
PO Box 392340
Cleveland, OH 44193

Business Coffee Services Inc
Attn:  Officer/Manager
310 E Mitchell
San Antonio, TX 78210

Business Ready Solutions LLC
Attn:  Officer/Manager
100 Capitola Drive, Suite 107
Durham, NC 27713

C R England Inc
Attn:  Officer/Manager
4701 West 2100 South
Salt Lake City, UT 84120

C T Media Partners
Attn:  Officer/Manager
11472 South Wilder
Olathe, KS 66061

C.H. Robinson
Attn:  Officer/Manager
PO Box 9121
Minneapolis, MN 55480

CAI Logistics Inc.
Attn:  Officer/Manager
808 134th St. SW Suite 209
Everett, WA 98204

Calyx Fruit LLC
Attn:  Officer/Manager
23725 Old Bethel Road
Amity, OR 97101

Camerican International Inc
Attn:  Officer/Manager
45 Eisenhower Drive
Paramus, NJ 07652

Canon Financial Services
Attn:  Officer/Manager
14904 Collections Center Drive
Chicago, IL 60693

Capitol Cold Storage
Attn:  Officer/Manager
1440 Salem Industrial Dr NE
Salem, OR 97301

CapX Fund IV, LP
Attn:  Officer/Manager
155 North Wacker Drive, Suite 1760
Chicago, IL 60606

Cardinal Foods, LLC
Attn:  Officer/Manager
201 Progress Drive
Burgaw, NC 28425

Carolina Blueberry Cooperative As
Attn:  Officer/Manager
11421 Hwy 701 N
Garland, NC 28441

Carolinas Food Industry Council
Attn:  Officer/Manager
PO Box 1030
Raleigh, NC 27602

CEI The Digital Office Company
Attn:  Officer/Manager
PO Box 90635
Raleigh, NC 27675

CENTRAL TRANSPORT
Attn:  Officer/Manager
P.O. BOX 33299
Detroit, MI 48232

CH Foods Inc
Attn:  Officer/Manager
PO Box 29675, Dept 2033
Phoenix, AZ 85038

Charles Masson Inc., Attn:  Office
186 Sutton Place, Suite 138
Beaconsfield, QC  H9W 5S3
CANADA

Chatham County Tax Commissione
PO Box 117037
Atlanta, GA 30368

Choptank Transport
Attn:  Officer/Manager
PO Box 99
Preston, MD 21655

Cintas
Attn:  Officer/Manager
PO Box 88005
Chicago, IL 60680

City of Savannah Revenue Department
PO Box 1228
Savannah, GA 31402

Consolidated Contracting and Consul
Attn:  Officer/Manager
10094 Ferguson Avenue
Savannah, GA 31406

CRSA Technologies
Attn:  Officer/Manager
11831 Radium Street
San Antonio, TX 78216

CMD Corporation
Attn:  Officer/Manager
PO Box 1279
Appleton, WI 54912

Consolidated Packaging Group Inc
Attn:  Officer/Manager
30 Bergen Turnpike
Ridgefield Park, NJ 07660

CT Corporation
Attn:  Officer/Manager
PO Box 4349
Carol Stream, IL 60197

Cody Miller
385 Ridgewood Park Drive N
Richmond Hill, GA 31324

Correct Weigh Scale Service Inc
Attn:  Officer/Manager
PO Box 638
Castroville, TX 78009

CT Lien Solutions
Attn:  Officer/Manager
PO Box 301133
Dallas, TX 75303

Coldstream Logistics Inc
Attn:  Officer/Manager
919 Brush Creek Road
Warrendale, PA 15086

Coyote Logistics, LLC
Attn:  Officer/Manager
960 North Point Parkway, Suite 150
Alpharetta, GA 30005

Culligan Water Services
Attn:  Officer/Manager
PO Box 1618
Kingsland, GA 31548

Cole Parmer
Attn:  Officer/Manager
625 East Buker Court
Vernon Hills, IL 60061

CPG Export Connect LLC
Attn:  Officer/Manager
16 Azalea Drive
Lumberton, NJ 08048

CURTIS 1000 INC
Attn:  Officer/Manager
Box 88237
Milwaukee, WI 53288

Coloma Frozen Foods
Attn:  Officer/Manager
4145 Coloma Road
Coloma, MI 49038

CPI One Point
Attn:  Officer/Manager
PO Box 671735
Dallas, TX 75267

Daniel Asher Descendants Trust
Attn:  Officer/Manager
111 W Jackson Blvd, Ste 2000
Chicago, IL 60604

Columbus Vegetable Oils
Attn:  Officer/Manager
4990 Paysphere Circle
Chicago, IL 60674

Craig Higgins
2104 Higley Drive
Wake Forest, NC 27587

Dave's Supermarkets
Attn:  Officer/Manager
PO Box 643007
Cincinnati, OH 45264

Comcast
Attn:  Officer/Manager
PO Box 530098
Atlanta, GA 30353

Creative Business Interiors
Attn:  Officer/Manager
8720 Fleet Service Drive
Raleigh, NC 27617

David Vroom
630 Treehouse Parkway
Kohler, WI 53044

Concentra Medical Centers
Attn:  Officer/Manager
PO Box 9005
Addison, TX 75001

Creative Packaging LLC
Attn:  Officer/Manager
PO Box 2536
Eagle, ID 83616

David Young
PO Box 2651
Lodi, CA 95241

Daymon Worldwide Inc
Attn: Officer/Manager
PO Box 744820
Atlanta, GA 30374

Dillard W Kersey Jr
1301 Gold Hill Road
Fort Mill, SC 29708

East-West Express Inc
Attn: Officer/Manager
Po Box 755
Villa Rica, GA 30180

De Lage Landen Financial Services I
Attn: Officer/Manager
PO Box 41602
Philadelphia, PA 19101

Direct Connect Logistix
Attn: Officer/Manager
314 W. Michigan Street
Indianapolis, IN 46202

Eckert Cold Storage Co
Attn: Officer/Manager
905 Clough Road
Escalon, CA 95320

Dedicated Lawn Card LLC
Attn: Officer/Manager
110 Black Gum Dr.
Springfield, GA 31329

Diverse Staffing
Attn: Officer/Manager
1514 E Cleveland Avenue, Suite 120
Atlanta, GA 30344

Ecolab Inc
Attn: Officer/Manager
PO Box 21755
New York, NY 10087

DeJarnett Sales
Attn: Officer/Manager
45 82nd Drive, Suite 49
Gladstone, OR 97027

Dixie Lawn & Fertilizing Company
Attn: Officer/Manager
PO Box 2495
Richmond Hill, GA 31324

Edge Marketing
Attn: Officer/Manager
PO Box 744347, Dept 900
Atlanta, GA 30374

Del Mar Food Products Corp.
Attn: Officer/Manager
PO Box 891
Watsonville, CA 95077

Dole Packaged Frozen Foods
Attn: Officer/Manager
PO Box 842345
Dallas, TX 75284

Edward Behen
1761 Old Homestead
Rochester, MI 48306

Deluxe Business Checks
Attn: Officer/Manager
PO Box 742572
Cincinnati, OH 45274

Dolores Beadle
440 Kings Glen Way
Wake Forest, NC 27587

Efficient Collaborative Retail Mark
Attn: Officer/Manager
27070 Miles Road, Suite A
Solon, OH 44139

Destini LLC
Attn: Officer/Manager
222 W. Hubbard St. #300
Chicago, IL 60654

Double E Company LLC
Attn: Officer/Manager
PO Box 847457
Boston, MA 02284

Elite Spice, Inc.
Attn: Officer/Manager
P.O. Box 781025
Philadelphia, PA 19178

Dewey Pegno and Kramarsky LLP
Attn: Officer/Manager
777 Third Avenue
New York, NY 10017

DPF Holdings, Inc.
Attn: Officer/Manager
P.O. Box 842345
Dallas, TX 75284

Elliott Davis PLLC
Attn: Officer/Manager
PO Box 6286
Greenville, SC 29606

Dickinson Frozen Foods
Attn: Officer/Manager
1205 E Iron Eagle Drive
Eagle, ID 83616

Eagle Food Registration
Attn: Officer/Manager
123 Webster Street, Suite 300
Dayton, OH 45402

Emmerson Pkging Ltd-Attn: Officer
12 Tupper Blvd
Amherst, Nova Scotia    B4H 4S7
CANADA

Empacadora Gab Inc
Attn:  Officer/Manager
PO Box 450059
Laredo, TX 78045

EmsembleIQ Inc
Attn:  Officer/Manager
570 Lake Cook Road, Suite 310
Deerfield, IL 60015

Enfield Farms
Attn:  Officer/Manager
1064 Birch Bay Lynden Road
Lynden, WA 98264

Equator Design
Attn:  Officer/Manager
515 North River Street, Suite 200
Batavia, IL 60510

Eric Meyer
34 San Savio Drive
Austin, TX 78738

Eurofins Microbiology Laboratories
Attn:  Officer/Manager
2200 Rittenhouse Street, Suite 175
Des Moines, IA 50321

Expor San Antonio
Attn:  Officer/Manager
PMB 550, 10800 Alpharetta Hwy.
Roswell, GA 30076

Export Packers Co. Ltd Att: Officer
107 Walker Drive
Brampton, ON   L6T 5K5
CANADA

Fas-tes Se San Antonio
Attn:  Officer/Manager
6021 Rittiman Plz
San Antonio, TX 78218

Fast Mede Urgent Care, PC
Attn:  Officer/Manager
935 Shotwell Road, Suite 108
Clayton, NC 27520

Fastenal
Attn:  Officer/Manager
28 Coleman Blvd
Pooler, GA 31322

Federal Express
Attn:  Officer/Manager
PO Box 7221
Pasadena, CA 91109

Federated Group Inc
Attn:  Officer/Manager
3025 West Salt Creek Lane
Arlington Heights, IL 60005

FedEx Freight
Attn:  Officer/Manager
PO Box 223125
Pittsburgh, PA 15251

Financial Pacific Leasing, Inc
Attn:  Officer/Manager
3455 S 344th Way, #300
Auburn, WA 98001

Flores & Associates
Attn:  Officer/Manager
1218 S Chruch Street
Charlotte, NC 28203

Foa & Son Corporation
Attn:  Officer/Manager
68 South Service Road, Suite 210
Melville, NY 11747

FoodChain ID, Inc
Attn:  Officer/Manager
504 N. 4th Street
Fairfield, IA 52556

Forager Logistics
Attn:  Officer/Manager
401 N May Street, PH 2
Chicago, IL 60642

Force Brands LLC
Attn:  Officer/Manager
6 Harrison St, 6th Floor
New York, NY 10013

Former Fab Inc
Attn:  Officer/Manager
2101 Former Fab Drive
Pearland, TX 77581

Fortress Tech Inc, Attn: Officer
51 Grand Marshall Drive
Toronto   ON  M1B 5N6
CANADA

Forward Freight
Attn:  Officer/Manager
11640 North Park Drive, Suite 200
Wake Forest, NC 27587

Foundation for Education and R&D
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Fox Packaging
Attn:  Officer/Manager
P.O. Box 2288
McAllen, TX 78502

Franchise Tax Board
Attn:  Officer/Manager
PO Box 942857
Sacramento, CA 94257

Frazier and Son
Attn:  Officer/Manager
101 Longview Street
Conroe, TX 77301

Friendly Nature USA,LLC
Attn: Officer/Manager
1535 Seneca Avenue
Cumming, GA 30041

Georgia Department of Labor
Attn: Officer/Manager
5520 White Bluff Road
Savannah, GA 31405

Graceland Fruit Inc
Attn: Officer/Manager
PO Box 645688
Pittsburgh, PA 15264

Fruitmark USA Inc
Attn: Officer/Manager
PO Box 1070
Oceano, CA 93475

Georgia Department of Revenue
PO Box 105678
Atlanta, GA 30348

Grainger
Attn: Officer/Manager
3735 First Avenue N
Birmingham, AL 35222

Fruitrade Intnl Inc, Attn: Officer
3638 Lakeshore Blvd W
Toronto     ON M8W 1N6
CANADA

Georgia Emergency Associates Immedi
Attn: Officer/Manager
526 Hwy 21 South
Rincon, GA 31326

Greenseed
Attn: Officer/Manager
1025 Paramount Parkway
Batavia, IL 60510

Galileo Global Branding Group
Attn: Officer/Manager
PO Box 10382
Uniondale, NY 11555

Georgia Family Support Registry
Attn: Officer/Manager
PO Box 2459
Carrollton, GA 30112

Grimmway Frozen Foods
Attn: Officer/Manager
P.O. Box 81498
Bakersfield, CA 93380

Gandules Inc SAC Attn: Officer
Av Javier Prado Este N'6210, Of 402
La Molina  Lima
PERU

Georgia Power Company
Attn: Officer/Manager
241 Ralph McGill Blvd, NE, Bin 1012
Atlanta, GA 30308

Guardian
Attn: Officer/Manager
PO Box 677458
Dallas, TX 75267

Gary Freeman
1715 Blair House Court
Bloomfield Hills, MI 48302

GK Holdings 1, LLC
Attn: Officer/Manager
150 N Riverside Plz, Ste 4270
Chicago, IL 60606

Guardian Life Insurance Company of
Attn: Officer/Manager
PO Box 824418
Philadelphia, PA 19182

Gen 7 Investments
Attn: Officer/Managing Agent
101 5th Street North
Fargo, ND 58102

Glen Rose Transportation Management
Attn: Officer/Manager
PO Drawer 3269
Glen Rose, TX 76043

Gulf Coast Paper Co. Inc.
Attn: Officer/Manager
PO Box 4227
Victoria, TX 77903

Generate Design
Attn: Officer/Manager
8311 Six Forks Road, Suite 201
Raleigh, NC 27615

GLG II LTD dba Griffith
Attn: Officer/Manager
6800 N Expressway 281
Edinburg, TX 78542

Gulf States Cold Storage Co
Attn: Officer/Manager
193 Basket Factory Drive
Americus, GA 31709

Georgia Department of Agriculture
Attn: Officer/Manager
19 MLK Jr Drive SW Room 306
Atlanta, GA 30334

Global Employment Solutions Inc
Attn: Officer/Manager
33 W Monroe Street, Suite 2050
Chicago, IL 60603

H.P. Skolnick, Inc
Attn: Officer/Manager
PO Box 3354
Monterey, CA 93942

Hanover Foods Corporation
Attn: Officer/Manager
PO Box 644037
Pittsburgh, PA 15264

Hantover Inc
Attn: Officer/Manager
PO Box 410646
Kansas City, MO 64141

Happy and Healthy Holdco LLC

Hayssen Flexible Systems
Attn: Officer/Manager
225 Spartangreen Blvd
Duncan, SC 29334

HC Schmiedling Produce Co LLC
Attn: Officer/Manager
Dept 2865
Tulsa, OK 74182

Heat and Control Inc
Attn: Officer/Manager
21121 Cabot Blvd
Hayward, CA 94545

Henneman Family, LLC Series B
Attn: Officer/Manager
1605 S State St
Champaign, IL 61820

Henry Crisp
193 Basket Factory Drive
Americus, GA 31709

Henry Malpass
115 Park Ct
Johnson City, TN 37601

High Performance Packaging Group
Attn: Officer/Manager
PO Box 817
Wauconda, IL 60084

Holley Cold Storage
Attn: Officer/Manager
PO Box 359
Holley, NY 14470

Holli-pac, Inc.
Attn: Officer/Manager
PO Box 239
Holley, NY 14470

Hoosier Logistics Inc
Attn: Officer/Manager
155 E Market St., Ste 600
Indianapolis, IN 46204

Hotsy Equipment Company
Attn: Officer/Manager
PO Box 8262
San Antonio, TX 78208

Hudson Group (HG) Retail, LLC
Attn: Officer/Manager
1 Meadowlands Plaza 11th Floor
East Rutherford, NJ 07073

HYG Financial Services Inc
Attn: Officer/Manager
PO Box 14545
Des Moines, IA 50306

Hygiena LLC
Attn: Officer/Manager
941 Avenida Acaso
Camarillo, CA 93012

Hyperams LLC
Attn: Officer/Manager
1501 North Michael Drive
Wood Dale, IL 60191

Iconotech
Attn: Officer/Manager
2 Heritage Park Road
Clinton, CT 06413

IEH-Quanta Lab
Attn: Officer/Manager
9330 Corporate Drive, Suite 703
Schertz, TX 78154

IGA USA Inc
Attn: Officer/Manager
8745 West Higgins Road Suite 350
Chicago, IL 60631

Illinois Tool Works
Attn: Officer/Manager
33853 Treasury Center
Chicago, IL 60694

Industrial Repair Services Inc
Attn: Officer/Manager
2650 Business Drive
Cumming, GA 30028

Industrial Resource Group
Attn: Officer/Manager
18818 Teller Avenue, Suite 220
Irvine, CA 92612

Information Resources Inc
Attn: Officer/Manager
150 N Clinton Street
Chicago, IL 60661

IngredienTrade.com, Inc
Attn: Officer/Manager
333 W 52nd Street, Suite 305
New York, NY 10019

Inmar Brand Solutions Inc
Attn: Officer/Manager
635 Vine Street
Winston Salem, NC 27101

Inn Foods Inc
Attn:  Officer/Manager
310 Walker Street
Watsonville, CA 95076

Intralox LLC
Attn:  Officer/Manager
PO Box 730367
Dallas, TX 75373

Jamestown Container Companies
Attn:  Officer/Manager
82 Edwards Deming Drive
Rochester, NY 14606

Innovative Communication Systems
Attn:  Officer/Manager
10430 Gulfdale Street
San Antonio, TX 78216

IPFS Corporation
Attn:  Officer/Manager
PO Box 32144
New York, NY 10087

Jeremy Medler
402 Trefoil Street
Savoy, IL 61874

Institute for Environmental Health
Attn:  Officer/Manager
15300 Bothell Way NE
Seattle, WA 98155

IPW Lift Techs
Attn:  Officer/Manager
2830 US Highway 80 West
Savannah, GA 31408

Jibe Staffing LLC
Attn:  Officer/Manager
365 Canal Street, Suite 2425
New Orleans, LA 70130

InterAmerican Quality Foods, Inc.
Attn:  Officer/Manager
306 W. Rhapsody
San Antonio, TX 78216

Irv Kessler
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

JJ&E Heritage Holding LLC
Attn:  Officer/Managing Agent
4147 66th St S
Fargo, ND 58104

Intercontinental Packaging Corp.
Attn:  Officer/Manager
42 Geiger Circle
Rochester, NY 14612

Isik Organic Co
Attn:  Officer/Manager
19800 MacArthur Blvd, Suite 300
Irvine, CA 92612

Joda Crabtree
PO Box 461
Watseka, IL 60970

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

iTrade Network Inc
Attn:  Officer/Manager
PO Box 935209
Atlanta, GA 31193

John Coan
10931 Fordham Court
Rancho Cucamonga, CA 91701

International Frozen Food Corporati
Attn:  Officer/Manager
100-40 South Jersey Avenue
East Setauket, NY 11733

J H Rose Logistics LLC
Attn:  Officer/Manager
Dept 3127, PO Box 123127
Dallas, TX 75312

John Gibbons
940 Lawrence Avenue
Westfield, NJ 07090

International Paper Comp
Attn:  Officer/Manager
P.O. Box 31001-0780
Pasadena, CA 91110

Jai Kim Jung
Attn:  Officer/Managing Agent
205 Hudson St
New York, NY 10013

John March
13225 Cardinal Creek Road
Eden Prairie, MN 55346

Interstate Warehousing - Franklin
Attn:  Officer/Manager
700 Bartram Pkwy
Franklin, IN 46131

Jain Farm Fresh Foods, Inc.
Attn:  Officer/Manager
PO Box 39000
San Francisco, CA 94139

JR Produce Supply, Inc.
Attn:  Officer/Manager
620 E Chapin
Edinburg, TX 78540

JSO Associates Inc
Attn:  Officer/Manager
17 Maple Drive
Great Neck, NY 11021

Kessler Family Limited Partnership
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Laurie Steed
104 Darmouth Road
Raleigh, NC 27609

JT Smallwood Tax Collector
Attn:  Officer/Manager
716 Richard Arrington Jr Blvd N.
Birmingham, AL 35203

Kevin Migdal
3044 Lawson Walk Way
Rolesville, NC 27571

Leonard Patrict Hanemann
6919 N 1st Lane
McAllen, TX 78504

Jupiter Prestige Group Norht Americ
Attn:  Officer/Manager
4100 West Royal Lane, #160
Irving, TX 75063

Kincannon & Reed
Attn:  Officer/Manager
40 Stoneridge Drive, Suite 101
Waynesboro, VA 22980

Leslie Neitzel Revocable Trust
Attn:  Officer/Manager
4308 Brittany Trail Drive
Champaign, IL 61822

K V Mark Corp
Attn:  Officer/Manager
5220 NW 72nd Avenue, Unit 25
Miami, FL 33166

L C Vending Company
Attn:  Officer/Manager
310 E Mitchell
San Antonio, TX 78210

Lessors Transportation
Attn:  Officer/Manager
1056 Gemini Road
Saint Paul, MN 55121

Kaman Industrial Technologies
Attn:  Officer/Manager
PO Box 2536
Fort Wayne, IN 46801

La Hacienda Frozen Foods Inc
Attn:  Officer/Manager
309 Pete Diaz Jr. Ave.
Rio Grande City, TX 78582

Levenfeld Pearlstein, LLC
Attn:  Officer/Manager
2 N LaSalle Street  Suite 1300
Chicago, IL 60602

KB Ingredients LLC
Attn:  Officer/Manager
850 Clark Drive, Suite 110
Budd Lake, NJ 07828

La Proxima Estacion S.P.
Attn:  Officer/Manager
P.O. Box 10382
Uniondale, NY 11555

Lift Power Inc
Attn:  Officer/Manager
6801 Suemac Place
Jacksonville, FL 32254

Keeling Family Limited Partnership
Attn:  Officer/Manager
1624 Cobblefield Road
Champaign, IL 61822

Lakeview Group LLC
Attn:  Officer/Manager
150 N Wacker Drive, Suite 3025
Chicago, IL 60606

Lighting Etc inc
Attn:  Officer/Manager
PO Box 3403
Pearland, TX 77588

Kenex Holdings LLC
Attn:  Officer/Manager
150 N Wacker, Suite 3025
Chicago, IL 60606

Lally Farms Inc. Attn: Officer
5327 Gladwin Road
Abbotsford, BC    V4X 1X8
CANADA

Lineage Logistics LLC - McAllen
Attn:  Officer/Manager
46500 Humboldt Drive
Novi, MI 48377

Kerry Ingredients & Flav.
Attn:  Officer/Manager
File 57038
Los Angeles, CA 90074

Lamex Foods, Inc.
Attn:  Officer/Manager
PO Box 205466
Dallas, TX 75320

Lone Star Fire & First Aid
Attn:  Officer/Manager
449 Culebra Road
San Antonio, TX 78201

Louis Leeper
5145 Brecksville Road, Suite 201-20
Richfield, OH 44286

Mark-it Express
Attn: Officer/Manager
13555 S. Main Street
Lemont, IL 60439

Mazars USA LLP
Attn: Officer/Manager
40485 Murrieta Hot Springs Road, S
Murrieta, CA 92563

Lowes Foods LLC
Attn: Officer/Manager
PO Box 24908
Winston Salem, NC 27114

Markem-Imaje Corporation
Attn: Officer/Manager
PO Box 3542
Boston, MA 02241

MB Global Foods Inc Attn: Officer
2540 Chemin de la Petite Riviere
Vaudreuil-Dorion,   QC  J7V 8P2
CANADA

Luca DaPonte
4309 Gallatree Lane
Raleigh, NC 27616

Marketing Management, Inc.
Attn: Officer/Manager
4717 Fletcher Avenue
Fort Worth, TX 76107

McCall Farms
Attn: Officer/Manager
PO Box 535516
Atlanta, GA 30353

M & J Blueberry Farms
Attn: Officer/Manager
41522 66th Street
Bangor, MI 49013

Mass Mutual
Attn: Officer/Manager
4000 Westchase Blvd #400
Raleigh, NC 27607

McLane-High Plains
Attn: Officer/Manager
P.O. Box 6131
Temple, TX 76503

Ma Blueberries LLC
Attn: Officer/Manager
69092 34th Avenue
Covert, MI 49043

Matheson Tri-Gas Inc
Attn: Officer/Manager
Dept 3028 PO Box 123028
Dallas, TX 75312

McMaster-Carr Supply Company
Attn: Officer/Manager
PO Box 7690
Chicago, IL 60680

Marathon Products Inc
Attn: Officer/Manager
627 McCormick Street
San Leandro, CA 94577

Matt Goldthwaite
503 Marquis Lane
Mansfield, TX 76063

MegaCorp Logistics
Attn: Officer/Manager
PO Box 1050
Wrightsville Beach, NC 28480

Marbran USA LLC
Attn: Officer/Manager
200 South 10th Street, Suite 1104
McAllen, TX 78501

Matt Lester
2550 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302

Mercator Inc
Attn: Officer/Manager
2941 Wakefield Pines Drive
Raleigh, NC 27614

Mark E. Frazier
14618 Rigs Meadow Dr.
Cooksville, MD 21723

Matthew Kimmel
5108 Killarney Hope Drive
Raleigh, NC 27613

Mercer Foods
Attn: Officer/Manager
1836 Lapham Dr.
Modesto, CA 95354

Mark it Express
Attn: Officer/Manager
7401 South 78th Avenue, Ste 100B
Bridgeview, IL 60455

Matthews International
Attn: Officer/Manager
Two NorthShore Center
Pittsburgh, PA 15212

Merchants Sales Company Inc
Attn: Officer/Manager
3505 Lake Herman Drive
Browns Summit, NC 27214

Meritech Inc
Attn: Officer/Manager
720 Corporate Circle, Suite K
Golden, CO 80401

Miner LTD
Attn: Officer/Manager
300 E Sonterra Blvd, Suite 350
San Antonio, TX 78258

Muzzi Family Farms LLC
Attn: Officer/Manager
1111 Harkins Road
Salinas, CA 93901

Mettler-Toledo Safeline
Attn: Officer/Manager
22677 Network Place
Chicago, IL 60673

Mission Controls and Automation
Attn: Officer/Manager
3444 E Commerce Street
San Antonio, TX 78220

National Commodity Sales
Attn: Officer/Manager
105 Stone Forest Drive
Woodstock, GA 30189

Meyer Industries Inc
Attn: Officer/Manager
3528 Fredericksburg Road
San Antonio, TX 78201

Mission Media LLC
Attn: Officer/Manager
616 Water Street, Suite 225
Baltimore, MD 21202

National Frozen Foods Corporation
Attn: Officer/Manager
1600 Fairview Avenue E, 2nd Floor
Seattle, WA 98102

Michael Best & Friedrich LLP
Attn: Officer/Manager
2501 Blue Ridge Road, Suite 390
Raleigh, NC 27607

Mood San Antonio
Attn: Officer/Manager
PO Box 1098
San Antonio, TX 78294

National Restaurant Association
Attn: Officer/Manager
2055 L Street NW, Suite 700
Washington, DC 20036

Michael Small
2014 Byrnebruk Drive
Champaign, IL 61822

Motion Industries Inc
Attn: Officer/Manager
1605 Alton Road
Birmingham, AL 35210

Nationwide Agribusiness Insurance C
Attn: Officer/Manager
1100 Locust St.     D1-5E-2019
Des Moines, IA 50391

Michigan Dept of Agriculture & Rura
Attn: Officer/Manager
PO Box 30017
Lansing, MI 48909

Moura and Utteich Delivery Services
Attn: Officer/Manager
4279 Studio Park Avenue
Jacksonville, FL 32216

Natural Food Source Inc
Attn: Officer/Manager
1139 Lehigh Avenue, Suite 300B
Whitehall, PA 18052

Mid-Coast Electric Supply, Inc
Attn: Officer/Manager
3354 Nacogdoches Road
San Antonio, TX 78217

Moveable Container Storage
Attn: Officer/Manager
6404 Falls of Neuse Road, Suite 105
Raleigh, NC 27615

Naturipe Value Added Foods, LLC
Attn: Officer/Manager
9450 Corkscrew Palms Cle, Suite 2
Estero, FL 33928

Mike Henneman

Mr Best Foods Inc
Attn: Officer/Manager
1395 Brickell Ave Ste 1380
Miami, FL 33131

NC Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

Mike Zwiegbaum
29 Circle W
Minneapolis, MN 55436

Mulder Brothers Brokerage
Attn: Officer/Manager
1936 Transport Lane
Holland, MI 49423

NC Triangle Investment LLC
Attn: Officer/Manager
103 Noritake Drive
Cary, NC 27513

NCC Automated Systems
Attn: Officer/Manager
255 Schoolhouse Road
Souderton, PA 18964

NORPAC Foods Inc
Attn: Officer/Manager
3225 25th Street SE
Salem, OR 97302

Online Freight Services Inc
Attn: Officer/Manager
2275 Waters Dr
Saint Paul, MN 55120

Nelson James Inc
Attn: Officer/Manager
PO Box 1147
Marshfield, WI 54449

Norpac Services, Inc.
Attn: Officer/Manager
4350 SW Galewood Lake
Salem, OR 97304

Oregon Potato Company
Attn: Officer/Manager
6610 W Court Street
Pasco, WA 99301

Neogen Corporation
Attn: Officer/Manager
25153 Network Place
Chicago, IL 60693

NSF International Food Safety, LLC
Attn: Officer/Manager
PO Box 77000
Detroit, MI 48277

Oregon Spice Company
Attn: Officer/Manager
13320 NE Jarrett Street
Portland, OR 97230

New City Logistics, LLC
Attn: Officer/Manager
600 Sylvan Avenue, Suite 206
Englewood Cliffs, NJ 07632

NYS Tax Department - IT-2659
PO Box 15179
Albany, NY 12212

Oregon Tilth
Attn: Officer/Manager
2525 SE 3rd Street
Corvallis, OR 97333

nexAir LLC
Attn: Officer/Manager
1350 Concourse Avenue, Suite 103
Memphis, TN 38104

Odessa Pumps & Equipment Inc
Attn: Officer/Manager
PO Box 207614
Dallas, TX 75320

P B 102,000 LLC
Attn: Officer/Manager
PO Box 16058
Savannah, GA 31416

Nicholas Cooper
111 West Wacker, Apt 2010
Chicago, IL 60601

OfficeTeam - Robert Half
Attn: Officer/Manager
12400 Collections Center Drive
Chicago, IL 60693

Pacesetter Personnel Services
Attn: Officer/Manager
PO Box 2146
Houston, TX 77252

Ninja Partners Inc
Attn: Officer/Manager
503 Neches Street
Austin, TX 78701

OK International Corp
Attn: Officer/Manager
73 Barlett Street
Marlborough, MA 01752

Pack Mark Inc
Attn: Officer/Manager
1375 East Bitters Road
San Antonio, TX 78216

Nobility Logistics
Attn: Officer/Manager
2913 Wilderness Lvd W.
Parrish, FL 34219

OK Kosher
Attn: Officer/Manager
391 Troy Avenue
Brooklyn, NY 11213

Packaging Corporation of America
Attn: Officer/Manager
3240 Brittain Drive
Newberry, SC 29108

Nordic Logistics and Warehousing LL
Attn: Officer/Manager
4300 Pleasantdale Road
Atlanta, GA 30340

Ongweoweh Corp
Attn: Officer/Manager
PO Box 3300
Ithaca, NY 14850

Pacmac Inc
Attn: Officer/Manager
PO Box 360
Fayetteville, AR 72702

PakSense Inc
Attn:  Officer/Manager
6223 N Discovery Way, Suite 120
Boise, ID 83713

PECO Pallet Inc
Attn:  Officer/Manager
50 S Buckhout Street, Suite 301
Irvington, NY 10533

Sherri Tuttle
681 E Lake Street #354
Wayzata, MN 55391

Pallet Consultants of Georgia Inc
Attn:  Officer/Manager
128 Prosperity Drive
Savannah, GA 31408

Perishable Distributors of Iowa Inc
Attn:  Officer/Manager
2741 SE PDI Place
Ankeny, IA 50021

Silver Mountain Partners LP
Attn:  Officer/Managing Agent
2817 Girard Ave, Unit 408
Minneapolis, MN 55408

Paper Chemical Supply Co
Attn:  Officer/Manager
101 Owens Industrial Drive
Savannah, GA 31405

Peter Kenefick
581 E Lake Street
Wayzata, MN 55391

Social Security Administration
Office of the General Counsel, Reg
61 Forsyth Street, SW, Ste 20T45
Atlanta, GA 30303

Paris Foods Corporation
Attn:  Officer/Manager
PO Box 121,  3965 Ocean Gateway
Trappe, MD 21673

Prophet Capital Management, LTD
Attn:  Officer/Manager
5000 Plaza on the Lake #180
Austin, TX 78746

Thompson Coburn LLP
Attn:  Jarrod Sharp
One US Bank Plaza
Saint Louis, MO 63101

Parity Factory
Attn:  Officer/Manager
11812 North Creek Pkwy N, Suite 204
Bothell, WA 98011

Rick Schmidt
3377 Gulf Shore Blvd N Unit 1C
Naples, FL 34103

Timothy March
420 Parkway Drive
Wheaton, IL 60187

Partsmaster
Attn:  Officer/Manager
PO Box 655326
Dallas, TX 75265

Robert L Williams Jr
3033 Trillium Court East
Aurora, IL 60506

Tom Beadle (Dolores Beadle)
440 Kings Glen Way
Wake Forest, NC 27587

Patagonia Foods
Attn:  Officer/Manager
PO Box 4360
San Luis Obispo, CA 93401

Robert Spence
4251 Salzedo Apt E502
Miami, FL 33146

Tony Davis
2831 N Pine Grove Ave
Chicago, IL 60657

Patrick Hanemann
6919 N. 1st Lane
McAllen, TX 78504

Schmidt Family Investments LLC
Attn:  Officer/Manager
1650 S State Street, Suite 112
Champaign, IL 61820

Tree Line Direct Funding LP
c/o Matthew Warren
353 N Clark Street, 12th Floor
Chicago, IL 60654

Patterson Companies Inc
Attn:  Officer/Manager
204 E Terrace Dr
Plant City, FL 33563

Sergio Varela
1039 W Mountain St
Glendale, CA 91202

Tuscola Investments LLC
Attn:  Officer/Manager
1240 E CR 1250 N
Tuscola, IL 61953

Val-Mex Frozen Foods
14607 San Pedro Ave.
Suite 170
San Antonio, TX 79232

VM-3 Services
PO Box 593045
San Antonio, TX 78259

Willamette Valley Fruit Co.
Inventure Foods Inc
PO Box 206211
Dallas, TX 75320-6211


Vallen Distribution Inc
11680 Great Oaks Way
Alpharetta, GA 30022

Volume Logistics LLC
2415 Old Cornelia Hwy
Ste G
Gainesville, GA 30507

William Augustine & Son Inc.
3341 Nesco Road
Hammonton, NJ 08037


Valley Marketing Group LLC
37 Pennsylvania Avenue
Valley Cottage, NY 10989

Wake County Revenue Department
PO Box 2331
Raleigh, NC 27602-2331

WillTrade Commodities Inc.
10 First Str.
3rd Floor
Orangeville, ON, L9W2C4 Canada, A


Vanguard Cleaning Systems
PO Box 461389
San Antonio, TX 78246-1389

Warren Lee
2906 Wendover Place
Champaign, IL 61822

WJ Pence Company
PO Box 24131
Seattle, WA 98124-1031


Veteran Talent Advisors LLC
8899 Brookside Avenue, Suite 202A
West Chester, OH 45069

Waste Management
PO Box 105453
Atlanta, GA 30348-5453

World Cup Packaging
14392 De La Tour Drive
South Beloit, IL 61080


Victory Packaging LP
3555 Timmons Lane, Suite 1440
Houston, TX 77027

Wes Seitz
4014 Pinecrest Road
Champaign, IL 61822

Worldwide Pest Control Inc
PO Box 5746
San Antonio, TX 78201


Videojet Technologies Inc
1500 Mittel Boulevard
Wood Dale, IL 60191

West Essex Graphics Inc
305 Fairfield Avenue
Fairfield, NJ 07004

WR Allen Inc
PO Box 407
Orland, ME 04472


Visstun
6355 Sunset Corporate Drive
Las Vegas, NV 89120

Westbrook Metals Inc
907 Eddie Road
San Antonio, TX 78219

Y Not Foods Inc
1322 SE 46th Lane, Suite 102
Cape Coral, FL 33904


VLM Food Trading International Inc.
52 Hymus Boulevard
Suite 101
Pointe-Claire, QC H9R1C9 Canada, AL 1111C

Whole Brain Consulting Inc
230 W Superior
3rd Floor
Chicago, IL 60654

Yourway Transportation Inc
200 Industrial Lane
Worthington, MN 56187

Yupi.ca  Inc
993  Princess  Street
Suite  200
Kingston, ON K7L1H3 Canada, AL 11111

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Imperial Frozen Foods Op Co, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Imperial Frozen Foods Op Co, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2019**

Date

**/s/ Gerald A. Jeutter, Jr.**

**Gerald A. Jeutter, Jr. 17724**

Signature of Attorney or Litigant

Counsel for  **Imperial Frozen Foods Op Co, LLC**

**Smith Anderson**
**150 Fayetteville Street, Ste. 2300**
**P.O. Box 2611**
**Raleigh, NC 27602-2611**
**919-821-1220 Fax:919-821-6800**
**jjeutter@smithlaw.com**