**Fill in this information to identify the case:**

Debtor name    **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-05419-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2019**    X **/s/ Craig Higgins**
                                        Signature of individual signing on behalf of debtor

                                         **Craig Higgins**
                                         Printed name

                                         **CFO**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-05419-5**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
                                   **12/15**

**Part 1:  Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

      1a. **Real property:**
          Copy line 88 from *Schedule A/B*.......................................................................................... $           **0.00**

      1b. **Total personal property:**
          Copy line 91A from *Schedule A/B*....................................................................................... $      **13,986,276.90**

      1c. **Total of all property:**
          Copy line 92 from *Schedule A/B*.......................................................................................... $      **13,986,276.90**

**Part 2:  Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      **8,660,545.53**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

      3a. **Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **1,153.85**

      3b. **Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      **10,420,722.72**

4.   **Total liabilities** ...............................................................................................
     Lines 2 + 3a + 3b                    $      **19,082,422.10**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-05419-5**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **See attached** | | | $935,729.64 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $935,729.64 |

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.  **See attached** | $165,149.54 |
|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1.  **See attached** | $80,651.76 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Imperial Frozen Foods Op Co, LLC**                                Case number *(If known)*  **19-05419-5**
Name

9.    **Total of Part 2.**                                                                              | $245,801.30 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **To be provided to Trustee** | | $0.00 | | $4,843,200.46 |
| 20.    **Work in progress** **To be provided to Trustee** | | $0.00 | | $28,577.80 |
| 21.    **Finished goods, including goods held for resale** **To be provided to Trustee** | | $0.00 | | $642,508.75 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                             | $5,514,287.01 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(If known)* **19-05419-5** |
|---|---|---|
| | Name | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** To be provided to Trustee | $0.00 | | $205,700.90 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** To be provided to Trustee | $0.00 | | $300,130.57 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $505,831.47 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(If known)* **19-05419-5** |
|---|---|---|
| | <sub>Name</sub> | |

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | **To be provided to Trustee** | | **$0.00** | **$6,784,627.48** |

| 51. | **Total of Part 8.** | **$6,784,627.48** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Imperial Frozen Foods Op Co, LLC**                          Case number *(If known)*  **19-05419-5**
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $935,729.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $245,801.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $5,514,287.01 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $505,831.47 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,784,627.48 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,986,276.90 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,986,276.90 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

In re [Debtor Name]

Case No. [Case No.]

Schedule A/B:  Part 1, Question 3 - Checking, savings or other financial accounts

| Schedule A/B:  Part 1, Question 3 - Checking, savings or other financial accounts | | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| Debtor Name | Name of Institution | Type of Account | Last 4 digits of account number | Current Value of Debtor's Interest |
| Imperial Frozen Foods OpCo LLC | PNC Bank | Checking | 8338 | -$43,566.91 |
| Imperial Frozen Foods OpCo LLC | Wells Fargo Bank | Lockbox | 7765 | $861,126.27 |
| Imperial Frozen Foods OpCo LLC | PNC Bank | Checking | 8311 | $74,284.87 |
| Imperial Frozen Foods OpCo LLC | Wells Fargo Bank | Checking | 5724 | -$6.00 |
| Imperial Frozen Foods OpCo LLC | Wells Fargo Bank | Checking | 0051 | $318.50 |

In re [Debtor Name]
Case No. [Case No.]
Schedule A/B:  Part 2, Question 7:  Deposits, including security deposits and utility deposits

| Schedule A/B:  Part 2, Question 7:  Deposits, including security deposits and utility deposits | | | |
| --- | --- | --- | --- |
| Debtor Name | Name of Holder of the Deposit | Description of the Deposit | Current Value of Debtor's Interest |
| Imperial Frozen Foods Opco LLC | NC Triangle Investment LLC | Corporate Rent Deposit | $ 5,316.68 |
| Imperial Frozen Foods Opco LLC | Cyberlink ASP Technology Inc | IT Hosting Deposit | $ 1,935.00 |
| Imperial Frozen Foods Opco LLC | Gulf States Cold Storage Co | Savannah Warehouse Deposit - Production | $ 50,000.00 |
| Imperial Frozen Foods Opco LLC | Gulf States Cold Storage Co | Savannah Warehouse Deposit - Freezer 1 | $ 41,500.00 |
| Imperial Frozen Foods Opco LLC | Gulf States Cold Storage Co | Savannah Warehouse Deposit - Freezer 2 | $ 25,000.00 |
| Imperial Frozen Foods Opco LLC | Gulf States Cold Storage Co | Savannah Warehouse Deposit - Dry Storage | $ 8,197.92 |
| Imperial Frozen Foods Opco LLC | Westbury 3 LLC | Birmingham Warehouse Deposit - Facility | $ 16,000.00 |
| Imperial Frozen Foods Opco LLC | Alford Leasing Company | Corporate Copier Rental Deposit | $ 299.94 |
| Imperial Frozen Foods Opco LLC | Georgia Power | Savannah Utility Deposit | $ 16,900.00 |

In re [Debtor Name]
Case No. [Case No.]
Schedule A/B:  Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Schedule A/B:  Part 2, Question 8 - Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | | | |
| --- | --- | --- | --- |
| Debtor Name | Name of Holder of the Prepayment | Description of the Prepayment | Current Value of Debtor's Interest |
| Imperial Frozen Foods OpCo LLC | FOA & Son Corporation | Directors & Officers Policy | $39,231.50 |
| Imperial Frozen Foods OpCo LLC | FOA & Son Corporation | Contamination Policy | $15,119.26 |
| Imperial Frozen Foods OpCo LLC | FOA & Son Corporation | Crime Policy | $3,880.00 |
| Imperial Frozen Foods OpCo LLC | FOA & Son Corporation | Umbrella Policy | $10,101.00 |
| Imperial Frozen Foods OpCo LLC | Natural Products Expo West | Expo/Trade Show | $6,320.00 |
| Imperial Frozen Foods OpCo LLC | UNFI Private Brands | Customer Portal Subscription | $6,000.00 |

In re [Debtor Name]
Case No: [Case No.]
Schedule A/B:  Part 5, Questions 19-26 - Inventory , excluding agricultural assets

| Schedule A/B:  Part 5, Questions 19-26 - Inventory , excluding agricultural assets | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Debtor Name | | General Description | Date of last physical Inventory | Net book value of interest | Valuation Method | Current value of Debtor's Interest |
| Imperial Frozen Foods Opco LLC | 19 | Raw Materials | 12/27/2018 | $4,843,200.46 | Standard Cost | $4,843,200.46 |
| Imperial Frozen Foods Opco LLC | 20 | Work in Progress | 12/27/2018 | $28,577.80 | Standard Cost | $28,577.80 |
| Imperial Frozen Foods Opco LLC | 21 | Finished Goods | 12/27/2018 | $642,508.75 | Standard Cost | $642,508.75 |
| Imperial Frozen Foods Opco LLC | 22 | Other Inventory or Supplies | | | | |
| | | | | | | |
| | | | | | | |
| | | Additional Questions: | Response: | | | |
| | 24 | Is any of the property listed in Part 5 perishable? | Yes | | | |
| | 25 | Was any of the property listed in part 5 purchased within 20 days of filing | Yes | | | |
| | 26 | Has any property lised been appraised by a professional within the past year | No | | | |

1 of 1

In re [Debtor Name]
Case No. [Case No.]
Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| Schedule A/B:  Part 7, Questions 39-45 - Office Furniture, Fixtures, equipment & collectibles | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| DEBTOR NAME | | General Description | Net book value of interest | Valuation Method | Current value of Debtor's Interest |
| Imperial Frozen Foods Opco LLC | 39 | Office furniture | 374,200.66 | Straight Line | 205,700.90 |
| Imperial Frozen Foods Opco LLC | 40 | Office fixtures | - | n/a | - |
| Imperial Frozen Foods Opco LLC | 41 | Office equipment (all compute equipment/comm systems equipment and software) | 684,448.53 | Straight Line | 300,130.57 |
| Imperial Frozen Foods Opco LLC | 42 | Collectibles | - | n/a | - |
| | | | | | |
| | | | | | |
| | | Additional Questions: | Response: | | |
| | 44 | Is a depreciation schedule available for any of the property listed in Part 6 | Yes | | |
| | 45 | Has any property lised been appraised by a professional within the past year | No | | |

**Fill in this information to identify the case:**

Debtor name  **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **19-05419-5**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1**  **Ares Management LLC** | Describe debtor's property that is subject to a lien | | |
| Creditor's Name | **AR and Inventory** | **$8,660,545.53** | **$0.00** |
| **Attn:  Officer/Manager** | | | |
| **71 South Wacker Drive** | | | |
| **Chicago, IL 60606** | | | |
| Creditor's mailing address | Describe the lien | | |
| | | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$8,660,545.53**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **19-05419-5**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**PO Box 327320**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Chatham County Tax Commissioner**<br>**PO Box 117037**<br>**Atlanta, GA 30368** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **City of Savannah Revenue Department**<br>**PO Box 1228**<br>**Savannah, GA 31402** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,153.85** | **$1,153.85** |
|---|---|---|---|---|
| | **Clinton Clements**<br>**226 Magnolia Place**<br>**Guyton, GA 31312** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Georgia Department of Revenue**<br>**PO Box 105678**<br>**Atlanta, GA 30348** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**2.7**  Priority creditor's name and mailing address

**NC Department of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.8**  Priority creditor's name and mailing address

**NYS Tax Department - IT-2659**
**PO Box 15179**
**Albany, NY 12212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.9**  Priority creditor's name and mailing address

**Social Security Administration**
**Office of the General Counsel,**
**Regi**
**61 Forsyth Street, SW, Ste 20T45**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

---

**2.10**  Priority creditor's name and mailing address

**Texas Department of State Health**
**Se**
**PO Box 12008**
**Austin, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**    **$0.00**

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

**Wake County Revenue Department**
**PO Box 2331**
**Raleigh, NC 27602-2331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---
Date or dates debt was incurred

Basis for the claim:

---
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | **$5,065.48** |
|---|---|---|

**3M Company**
**Attn:  Officer/Manager**
**PO Box 844127**
**Dallas, TX 75284**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  __Account__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | **$697.60** |
|---|---|---|

**A and D Cold Storage Inc**
**Attn:  Officer/Manager**
**512 Southbridge Street**
**Worcester, MA 01610**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  __Account__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | **$65,910.00** |
|---|---|---|

**A&P Fruit Growers Ltd-Attn: Officer**
**PO Box 13101, Highstreet RPO**
**Abbotsford, BC  V2T 0C4**
**CANADA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  __Account__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | **$18,960.00** |
|---|---|---|

**Active Berry Packers LLC**
**Attn:  Officer/Manager**
**752 Loomis Trail Road**
**Lynden, WA 98264**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  __Account__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | **$3,989.43** |
|---|---|---|

**ADS Security LP**
**Attn:  Officer/Manager**
**27 Chatham Senter South, Suite B**
**Savannah, GA 31405**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Basis for the claim:  __Account__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advantage Capital Ag Partners L.P.**
Attn:  Officer/Manager
190 Carondelet Plaza, Suite 1500
Saint Louis, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,633.46** |
|---|---|---|---|

**Advantage Marketing Partners**
Attn:  Officer/Manager
PO Box 744347
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,187.33** |
|---|---|---|---|

**Advantage Solutions**
Attn:  Officer/Manager
PO Box 744347
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**AIB International Food Labeling**
Attn:  Officer/Manager
PO Box 3999
Manhattan, KS 66505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.79** |
|---|---|---|---|

**Airgas USA, LLC**
Attn:  Officer/Manager
PO Box 734671
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex McIntosh**
913 Southerly Road, #034
Towson, MD 21204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alex Meyer**
2468 N Bogus Basin Road
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Investor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)* | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$531,470.79** |
|---|---|---|---|
| | **AlexIngredients Inc.-Attn:  Officer**<br>**113 Rue Sainte-Anne**<br>**Sainte Anne-de Bellevue, QC H9X 1M2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,200.00** |
|---|---|---|---|
| | **Allen's Blueberry Freezer, Inc.**<br>**Attn:  Officer/Manager**<br>**244 Main Street**<br>**Ellsworth, ME 04605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,580.77** |
|---|---|---|---|
| | **American Film and Printing Ltd**<br>**Attn:  Officer/Manager**<br>**502 E Shelton**<br>**Alvarado, TX 76009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,181.20** |
|---|---|---|---|
| | **Americold Logistics, LLC**<br>**Attn:  Officer/Manager**<br>**10 Glenlake Parkway, Ste 600 S Twr**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,817.75** |
|---|---|---|---|
| | **AMPAC**<br>**Attn:  Officer/Manager**<br>**25366 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,832.75** |
|---|---|---|---|
| | **AMST**<br>**Attn:  Officer/Manager**<br>**1936  Transport Lane**<br>**Holland, MI 49423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Amy Ford**<br>**6316 Clamshell Drive**<br>**Wake Forest, NC 27587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Investor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Antwan Knotts<br>406 Glencroft Dr.<br>Wingate, NC 28174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,106.14 |
|---|---|---|---|
| | Aramark Uniform Services<br>Attn:  Officer/Manager<br>PO Box 731676<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Arleane Sanchez<br>9332 Leslieshire Drive<br>Raleigh, NC 27615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $103,714.90 |
|---|---|---|---|
| | Armstrong<br>Attn:  Officer/Manager<br>PO Box 150370<br>Ogden, UT 84415 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43.77 |
|---|---|---|---|
| | AT&T<br>Attn:  Bankruptcy<br>4331 Communications Dr, Flr 4W<br>Dallas, TX 75211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,178.00 |
|---|---|---|---|
| | Atlantic Waste Services<br>Attn:  Officer/Manager<br>125 B Pine Meadow Drive<br>Pooler, GA 31322 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.44 |
|---|---|---|---|
| | Automated Business Resources Inc<br>Attn:  Officer/Manager<br>15 Chatham Center South Drive<br>Savannah, GA 31405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,896.28** |
|---|---|---|---|

**Axiom Staffing Group**
Attn: Officer/Manager
2475 Northwinds Parkway, Ste 575
Alpharetta, GA 30009

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,115.00** |
|---|---|---|---|

**Axle Logistics**
Attn: Officer/Manager
520 W. Summit Hill Drive
Knoxville, TN 37902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,740.88** |
|---|---|---|---|

**B and B Packaging Inc**
Attn: Officer/Manager
42 Geiger Circle
Rochester, NY 14612

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Back Track Inc**
Attn: Officer/Manager
8850 Tyler Blvd
Canfield, OH 44406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,748.74** |
|---|---|---|---|

**Battery and Charger Services, Inc.**
Attn: Officer/Manager
PO Box 33656
San Antonio, TX 78265

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,290.76** |
|---|---|---|---|

**Bay Transportation Services LLC**
Attn: Officer/Manager
PO Box 15
Auburn, MI 48611

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bill Arends**
167 Colonade Circle
Naples, FL 34103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,395.17** |
|---|---|---|---|
| | **BIOMAC SRL, Attn:  Officer**<br>**Las Amapolas 325**<br>**Manuel Alberti, Pilar  01667**<br>**BUENOS AIRES** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,537.70** |
|---|---|---|---|
| | **BMW Finanical Services**<br>**Attn:  Officer/Manager**<br>**PO Box 9001065**<br>**Louisville, KY 40290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,755.91** |
|---|---|---|---|
| | **Bonduelle USA Inc**<br>**Attn:  Officer/Manager**<br>**100 Corporate Woods, Suite 210**<br>**Rochester, NY 14623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Brian Tracy**<br>**4125 N Hermitage Ave**<br>**Chicago, IL 60613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Investor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$983.63** |
|---|---|---|---|
| | **Bron Tapes of Texas, LLC**<br>**Attn:  Officer/Manager**<br>**3510 Dalworth St.**<br>**Arlington, TX 76011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,847.33** |
|---|---|---|---|
| | **Business Coffee Services Inc**<br>**Attn:  Officer/Manager**<br>**310 E Mitchell**<br>**San Antonio, TX 78210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,797.30** |
|---|---|---|---|
| | **Business Ready Solutions LLC**<br>**Attn:  Officer/Manager**<br>**100 Capitola Drive, Suite 107**<br>**Durham, NC 27713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,531.50 |
|---|---|---|---|

C.H. Robinson
Attn:  Officer/Manager
PO Box 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,139.00 |
|---|---|---|---|

CAI Logistics Inc.
Attn:  Officer/Manager
808 134th St. SW Suite 209
Everett, WA 98204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,766.60 |
|---|---|---|---|

Canon Financial Services
Attn:  Officer/Manager
14904 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

Carolinas Food Industry Council
Attn:  Officer/Manager
PO Box 1030
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $333.90 |
|---|---|---|---|

CEI The Digital Office Company
Attn:  Officer/Manager
PO Box 90635
Raleigh, NC 27675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,020.97 |
|---|---|---|---|

CH Foods Inc
Attn:  Officer/Manager
PO Box 29675, Dept 2033
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186,840.00 |
|---|---|---|---|

Charles Masson Inc., Attn:  Officer
186 Sutton Place, Suite 138
Beaconsfield, QC H9W 5S3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | 19-05419-5 |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.84** |
|---|---|---|---|

**Cintas**
**Attn:  Officer/Manager**
**PO Box 88005**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cody Miller**
**385 Ridgewood Park Drive N**
**Richmond Hill, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Investor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93.16** |
|---|---|---|---|

**Coldstream Logistics Inc**
**Attn:  Officer/Manager**
**919 Brush Creek Road**
**Warrendale, PA 15086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,840.45** |
|---|---|---|---|

**Coloma Frozen Foods**
**Attn:  Officer/Manager**
**4145 Coloma Road**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$783.49** |
|---|---|---|---|

**Comcast**
**Attn:  Officer/Manager**
**PO Box 530098**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,124.44** |
|---|---|---|---|

**Consolidated Packaging Group Inc**
**Attn:  Officer/Manager**
**30 Bergen Turnpike**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.93** |
|---|---|---|---|

**Correct Weigh Scale Service Inc**
**Attn:  Officer/Manager**
**PO Box 638**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Imperial Frozen Foods Op Co, LLC** _____   Case number (if known) **19-05419-5**
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.96 |
|---|---|---|---|

**CPG Export Connect LLC**
**Attn: Officer/Manager**
**16 Azalea Drive**
**Lumberton, NJ 08048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Craig Higgins**
**2104 Higley Drive**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.63 |
|---|---|---|---|

**Creative Business Interiors**
**Attn: Officer/Manager**
**8720 Fleet Service Drive**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,721.23 |
|---|---|---|---|

**Creative Packaging LLC**
**Attn: Officer/Manager**
**PO Box 2536**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,969.74 |
|---|---|---|---|

**CURTIS 1000 INC**
**Attn: Officer/Manager**
**Box 88237**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Asher Descendants Trust**
**Attn: Officer/Manager**
**111 W Jackson Blvd, Ste 2000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Vroom**
**630 Treehouse Parkway**
**Kohler, WI 53044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190,861.27** |
|---|---|---|---|

**Daymon Worldwide Inc**
**Attn:  Officer/Manager**
**PO Box 744820**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**Dedicated Lawn Card LLC**
**Attn:  Officer/Manager**
**110 Black Gum Dr.**
**Springfield, GA 31329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,836.75** |
|---|---|---|---|

**DeJarnett Sales**
**Attn:  Officer/Manager**
**45 82nd Drive, Suite 49**
**Gladstone, OR 97027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,287.76** |
|---|---|---|---|

**Dickinson Frozen Foods**
**Attn:  Officer/Manager**
**1205 E Iron Eagle Drive**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,362.16** |
|---|---|---|---|

**Direct Connect Logistix**
**Attn:  Officer/Manager**
**314 W. Michigan Street**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,786.07** |
|---|---|---|---|

**Diverse Staffing**
**Attn:  Officer/Manager**
**1514 E Cleveland Avenue, Suite 120**
**Atlanta, GA 30344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,065.32** |
|---|---|---|---|

**Double E Company LLC**
**Attn:  Officer/Manager**
**PO Box 847457**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |
|---|---|---|---|

**East-West Express Inc**
**Attn:  Officer/Manager**
**Po Box 755**
**Villa Rica, GA 30180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,725.38** |
|---|---|---|---|

**Ecolab Inc**
**Attn:  Officer/Manager**
**PO Box 21755**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|

**Edge Marketing**
**Attn:  Officer/Manager**
**PO Box 744347, Dept 900**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$372,193.60** |
|---|---|---|---|

**Empacadora Gab Inc**
**Attn:  Officer/Manager**
**PO Box 450059**
**Laredo, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Meyer**
**34 San Savio Drive**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Investor__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,643.00** |
|---|---|---|---|

**Eurofins Microbiology Laboratories**
**Attn:  Officer/Manager**
**2200 Rittenhouse Street, Suite 175**
**Des Moines, IA 50321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,185.51** |
|---|---|---|---|

**Export Packers Co. Ltd Att: Officer**
**107 Walker Drive**
**Brampton, ON L6T 5K5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Account__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Fast Mede Urgent Care, PC**
Attn:  Officer/Manager
935 Shotwell Road, Suite 108
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Fastenal**
Attn:  Officer/Manager
28 Coleman Blvd
Pooler, GA 31322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.64** |
|---|---|---|---|

**FedEx Freight**
Attn:  Officer/Manager
PO Box 223125
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,971.75** |
|---|---|---|---|

**Foa & Son Corporation**
Attn:  Officer/Manager
68 South Service Road, Suite 210
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,489.00** |
|---|---|---|---|

**Forager Logistics**
Attn:  Officer/Manager
401 N May Street, PH 2
Chicago, IL 60642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Force Brands LLC**
Attn:  Officer/Manager
6 Harrison St, 6th Floor
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Foundation for Education and R&D**
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Investor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,775.01** |
|---|---|---|---|

**Fox Packaging**
Attn: Officer/Manager
P.O. Box 2288
McAllen, TX 78502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,570.50** |
|---|---|---|---|

**Friendly Nature USA,LLC**
Attn: Officer/Manager
1535 Seneca Avenue
Cumming, GA 30041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$261,832.34** |
|---|---|---|---|

**Fruitrade Intnl Inc, Attn: Officer**
3638 Lakeshore Blvd W
Toronto ON M8W 1N6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,883.02** |
|---|---|---|---|

**Galileo Global Branding Group**
Attn: Officer/Manager
PO Box 10382
Uniondale, NY 11555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,651.00** |
|---|---|---|---|

**Garrett Machine**
Attn: Officer/Manager
PO Box 489
Pooler, GA 31322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gary Freeman**
1715 Blair House Court
Bloomfield Hills, MI 48302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gen 7 Investments**
Attn: Officer/Managing Agent
101 5th Street North
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10.00** |

**Georgia Department of Agriculture**
Attn: Officer/Manager
19 MLK Jr Drive SW Room 306
Atlanta, GA 30334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$11,851.09** |

**Georgia Power Company**
Attn: Officer/Manager
241 Ralph McGill Blvd, NE, Bin 1012
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**GK Holdings 1, LLC**
Attn: Officer/Manager
150 N Riverside Plz, Ste 4270
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$23,923.00** |

**Glen Rose Transportation Management**
Attn: Officer/Manager
PO Drawer 3269
Glen Rose, TX 76043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,735.00** |

**GLG II LTD dba Griffith**
Attn: Officer/Manager
6800 N Expressway 281
Edinburg, TX 78542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$19,450.00** |

**Graceland Fruit Inc**
Attn: Officer/Manager
PO Box 645688
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$89.04** |

**Grainger**
Attn: Officer/Manager
3735 First Avenue N
Birmingham, AL 35222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.80 |
|---|---|---|---|

**Gulf Coast Paper Co. Inc.**
Attn: Officer/Manager
PO Box 4227
Victoria, TX 77903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,738.58 |
|---|---|---|---|

**Gulf States Cold Storage Co**
Attn: Officer/Manager
193 Basket Factory Drive
Americus, GA 31709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**H.P. Skolnick, Inc**
Attn: Officer/Manager
PO Box 3354
Monterey, CA 93942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Investor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,531.21 |
|---|---|---|---|

**Hanover Foods Corporation**
Attn: Officer/Manager
PO Box 644037
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,855.64 |
|---|---|---|---|

**Hayssen Flexible Systems**
Attn: Officer/Manager
225 Spartangreen Blvd
Duncan, SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,001.36 |
|---|---|---|---|

**HC Schmiedling Produce Co LLC**
Attn: Officer/Manager
Dept 2865
Tulsa, OK 74182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,185.35 |
|---|---|---|---|

**Heat and Control Inc**
Attn: Officer/Manager
21121 Cabot Blvd
Hayward, CA 94545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Henneman Family, LLC Series B**
**Attn: Officer/Manager**
**1605 S State St**
**Champaign, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,427.00** |
|---|---|---|---|

**Henry Crisp**
**193 Basket Factory Drive**
**Americus, GA 31709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,364.70** |
|---|---|---|---|

**Holley Cold Storage**
**Attn: Officer/Manager**
**PO Box 359**
**Holley, NY 14470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,297.38** |
|---|---|---|---|

**HYG Financial Services Inc**
**Attn: Officer/Manager**
**PO Box 14545**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,914.00** |
|---|---|---|---|

**IEH-Quanta Lab**
**Attn: Officer/Manager**
**9330 Corporate Drive, Suite 703**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,035.96** |
|---|---|---|---|

**Illinois Tool Works**
**Attn: Officer/Manager**
**33853 Treasury Center**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,461.78** |
|---|---|---|---|

**Information Resources Inc**
**Attn: Officer/Manager**
**150 N Clinton Street**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,703.91** |
|---|---|---|---|

**Inmar Brand Solutions Inc**
Attn:  Officer/Manager
635 Vine Street
Winston Salem, NC 27101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,518.20** |
|---|---|---|---|

**Inn Foods Inc**
Attn:  Officer/Manager
310 Walker Street
Watsonville, CA 95076

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282,202.20** |
|---|---|---|---|

**InterAmerican Quality Foods, Inc.**
Attn:  Officer/Manager
306 W. Rhapsody
San Antonio, TX 78216

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,753.23** |
|---|---|---|---|

**Intercontinental Packaging Corp.**
Attn:  Officer/Manager
42 Geiger Circle
Rochester, NY 14612

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$519.06** |
|---|---|---|---|

**Interstate Warehousing - Franklin**
Attn:  Officer/Manager
700 Bartram Pkwy
Franklin, IN 46131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,433.78** |
|---|---|---|---|

**Intralox LLC**
Attn:  Officer/Manager
PO Box 730367
Dallas, TX 75373

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irv Kessler**
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,069.56** |
|---|---|---|---|

**iTrade Network Inc**
**Attn:  Officer/Manager**
**PO Box 935209**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jai Kim Jung**
**Attn:  Officer/Managing Agent**
**205 Hudson St**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,720.80** |
|---|---|---|---|

**Jain Farm Fresh Foods, Inc.**
**Attn:  Officer/Manager**
**PO Box 39000**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy Medler**
**402 Trefoil Street**
**Savoy, IL 61874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,917.95** |
|---|---|---|---|

**Jibe Staffing LLC**
**Attn:  Officer/Manager**
**365 Canal Street, Suite 2425**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**JJ&E Heritage Holding LLC**
**Attn:  Officer/Managing Agent**
**4147 66th St S**
**Fargo, ND 58104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Joda Crabtree**
**PO Box 461**
**Watseka, IL 60970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

John Gibbons
940 Lawrence Avenue
Westfield, NJ 07090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

John March
13225 Cardinal Creek Road
Eden Prairie, MN 55346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,972.50**

JR Produce Supply, Inc.
Attn:  Officer/Manager
620 E Chapin
Edinburg, TX 78540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,536.46**

Kaman Industrial Technologies
Attn:  Officer/Manager
PO Box 2536
Fort Wayne, IN 46801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Keeling Family Limited Partnership
Attn:  Officer/Manager
1624 Cobblefield Road
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kenex Holdings LLC
Attn:  Officer/Manager
150 N Wacker, Suite 3025
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Kessler Family Limited Partnership
Attn:  Officer/Managing Agent
2800 Niagara Lane
Minneapolis, MN 55447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Migdal**
**3044 Lawson Walk Way**
**Rolesville, NC 27571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Migdal**
**3044 Lawson Walk Way**
**Rolesville, NC 27571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,333.00** |
|---|---|---|---|

**Kincannon & Reed**
**Attn:  Officer/Manager**
**40 Stoneridge Drive, Suite 101**
**Waynesboro, VA 22980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,256.00** |
|---|---|---|---|

**La Hacienda Frozen Foods Inc**
**Attn:  Officer/Manager**
**309 Pete Diaz Jr. Ave.**
**Rio Grande City, TX 78582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lakeview Group LLC**
**Attn:  Officer/Manager**
**150 N Wacker Drive, Suite 3025**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303,814.44** |
|---|---|---|---|

**Lamex Foods, Inc.**
**Attn:  Officer/Manager**
**PO Box 205466**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Laurie Steed**
**104 Darmouth Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonard Patrict Hanemann**
6919 N 1st Lane
McAllen, TX 78504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Investor

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Neitzel Revocable Trust**
Attn:  Officer/Manager
4308 Brittany Trail Drive
Champaign, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Investor

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,297.50** |
|---|---|---|---|

**Lessors Transportation**
Attn:  Officer/Manager
1056 Gemini Road
Saint Paul, MN 55121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Account

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,325.74** |
|---|---|---|---|

**Lift Power Inc**
Attn:  Officer/Manager
6801 Suemac Place
Jacksonville, FL 32254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Account

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$632,577.70** |
|---|---|---|---|

**Lineage Logistics LLC - McAllen**
Attn:  Officer/Manager
46500 Humboldt Drive
Novi, MI 48377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:**  Accounts:
McAllen $76,662.74
San Antonio:   $555,914.96

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,670.05** |
|---|---|---|---|

**Louis Leeper**
5145 Brecksville Road, Suite 201-20
Richfield, OH 44286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Account

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.56** |
|---|---|---|---|

**Lowes Foods LLC**
Attn:  Officer/Manager
PO Box 24908
Winston Salem, NC 27114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

**Basis for the claim:** Account

Last 4 digits of account number ☐

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Luca DaPonte
4309 Gallatree Lane
Raleigh, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Investor__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,520.00**

Ma Blueberries LLC
Attn:  Officer/Manager
69092 34th Avenue
Covert, MI 49043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199,046.20**

Marbran USA LLC
Attn:  Officer/Manager
200 South 10th Street, Suite 1104
McAllen, TX 78501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

Mark it Express
Attn:  Officer/Manager
7401 South 78th Avenue, Ste 100B
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,758.81**

Markem-Imaje Corporation
Attn:  Officer/Manager
PO Box 3542
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,481.27**

Marketing Management, Inc.
Attn:  Officer/Manager
4717 Fletcher Avenue
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.08**

Mass Mutual
Attn:  Officer/Manager
4000 Westchase Blvd #400
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Account__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Matt Goldthwaite**<br>**503 Marquis Lane**<br>**Mansfield, TX 76063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Investor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Matt Lester**<br>**2550 Telegraph Road, Suite 200**<br>**Bloomfield Hills, MI 48302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Investor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$422,629.37** |
|---|---|---|---|
| | **MB Global Foods Inc Attn: Officer**<br>**2540 Chemin de la Petite Riviere**<br>**Vaudreuil-Dorion, QC J7V 8P2**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,732.72** |
|---|---|---|---|
| | **McMaster-Carr Supply Company**<br>**Attn:  Officer/Manager**<br>**PO Box 7690**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,043.00** |
|---|---|---|---|
| | **MegaCorp Logistics**<br>**Attn:  Officer/Manager**<br>**PO Box 1050**<br>**Wrightsville Beach, NC 28480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,744.00** |
|---|---|---|---|
| | **Mercator Inc**<br>**Attn:  Officer/Manager**<br>**2941 Wakefield Pines Drive**<br>**Raleigh, NC 27614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|
| | **Merchants Sales Company Inc**<br>**Attn:  Officer/Manager**<br>**3505 Lake Herman Drive**<br>**Browns Summit, NC 27214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,509.80** |
|---|---|---|---|

**Meritech Inc**
Attn: Officer/Manager
720 Corporate Circle, Suite K
Golden, CO 80401

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,545.89** |
|---|---|---|---|

**Mettler-Toledo Safeline**
Attn: Officer/Manager
22677 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,748.04** |
|---|---|---|---|

**Meyer Industries Inc**
Attn: Officer/Manager
3528 Fredericksburg Road
San Antonio, TX 78201

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Small**
2014 Byrnebruk Drive
Champaign, IL 61822

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.48** |
|---|---|---|---|

**Mid-Coast Electric Supply, Inc**
Attn: Officer/Manager
3354 Nacogdoches Road
San Antonio, TX 78217

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mike Zwiegbaum**
29 Circle W
Minneapolis, MN 55436

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,999.49** |
|---|---|---|---|

**Mission Controls and Automation**
Attn: Officer/Manager
3444 E Commerce Street
San Antonio, TX 78220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,472.76 |
|---|---|---|---|

**Motion Industries Inc**
Attn: Officer/Manager
1605 Alton Road
Birmingham, AL 35210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.18 |
|---|---|---|---|

**Moveable Container Storage**
Attn: Officer/Manager
6404 Falls of Neuse Road, Suite 105
Raleigh, NC 27615

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,348.00 |
|---|---|---|---|

**Mulder Brothers Brokerage**
Attn: Officer/Manager
1936 Transport Lane
Holland, MI 49423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,119.50 |
|---|---|---|---|

**Muzzi Family Farms LLC**
Attn: Officer/Manager
1111 Harkins Road
Salinas, CA 93901

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,830.15 |
|---|---|---|---|

**National Frozen Foods Corporation**
Attn: Officer/Manager
1600 Fairview Avenue E, 2nd Floor
Seattle, WA 98102

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.27 |
|---|---|---|---|

**Nationwide Agribusiness Insurance C**
Attn: Officer/Manager
1100 Locust St. D1-5E-2019
Des Moines, IA 50391

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,353.19 |
|---|---|---|---|

**Natural Food Source Inc**
Attn: Officer/Manager
1139 Lehigh Avenue, Suite 300B
Whitehall, PA 18052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
| | Name | | | |

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,805.44**

**Naturipe Value Added Foods, LLC**
Attn: Officer/Manager
9450 Corkscrew Palms Cle, Suite 202
Estero, FL 33928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81.00**

**Nelson James Inc**
Attn: Officer/Manager
PO Box 1147
Marshfield, WI 54449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.40**

**nexAir LLC**
Attn: Officer/Manager
1350 Concourse Avenue, Suite 103
Memphis, TN 38104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nicholas Cooper**
111 West Wacker, Apt 2010
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00**

**Ninja Partners Inc**
Attn: Officer/Manager
503 Neches Street
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,445.00**

**Nobility Logistics**
Attn: Officer/Manager
2913 Wilderness Lvd W.
Parrish, FL 34219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,773.15**

**NORPAC Foods Inc**
Attn: Officer/Manager
3225 25th Street SE
Salem, OR 97302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.35

**Odessa Pumps & Equipment Inc**
Attn: Officer/Manager
PO Box 207614
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,583.50

**Oregon Potato Company**
Attn: Officer/Manager
6610 W Court Street
Pasco, WA 99301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,229.10

**Pacesetter Personnel Services**
Attn: Officer/Manager
PO Box 2146
Houston, TX 77252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,650.41

**Pack Mark Inc**
Attn: Officer/Manager
1375 East Bitters Road
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.65

**Pacmac Inc**
Attn: Officer/Manager
PO Box 360
Fayetteville, AR 72702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.32

**PakSense Inc**
Attn: Officer/Manager
6223 N Discovery Way, Suite 120
Boise, ID 83713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,422.00

**Pallet Consultants of Georgia Inc**
Attn: Officer/Manager
128 Prosperity Drive
Savannah, GA 31408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)* | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,932.00** |
|---|---|---|---|

**Patterson Companies Inc**
Attn: Officer/Manager
204 E Terrace Dr
Plant City, FL 33563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,922.00** |
|---|---|---|---|

**PECO Pallet Inc**
Attn: Officer/Manager
50 S Buckhout Street, Suite 301
Irvington, NY 10533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Kenefick**
581 E Lake Street
Wayzata, MN 55391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Peters Bros. Transport Inc.**
Attn: Officer/Manager
PO Box 61
Lenhartsville, PA 19534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Peterson Farms**
Attn: Officer/Manager
3104 W Baseline Road
Shelby, MI 49455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,278.04** |
|---|---|---|---|

**Pitaya Plus**
Attn: Officer/Manager
7343 Ronson Road, Suite 9
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052.00** |
|---|---|---|---|

**Point Digitizing**
Attn: Officer/Manager
125 Meadowcreek Road
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|
| | **PortFresh Logistics**<br>Attn: Officer/Manager<br>2001 Old River Road<br>Bloomingdale, GA 31302 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207,769.95 |
|---|---|---|---|
| | **PPi Technologies GROUP**<br>Attn: Officer/Manager<br>1712 Northgate Blvd<br>Sarasota, FL 34234 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|
| | **Precision TPA LLC**<br>Attn: Officer/Manager<br>10816 Black Dog Lane, Suite 120<br>Charlotte, NC 28214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,962.94 |
|---|---|---|---|
| | **Preferred Freezer Services of Chica**<br>Attn: Officer/Manager<br>2357 S Wood Street<br>Chicago, IL 60608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,030.80 |
|---|---|---|---|
| | **Pridestaff**<br>Attn: Officer/Manager<br>PO Box 205287<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,311.20 |
|---|---|---|---|
| | **PROGRAM**<br>Attn: Officer/Manager<br>PO BOX 278<br>Fogelsville, PA 18051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Prophet Capital Management, LTD**<br>Attn: Officer/Manager<br>5000 Plaza on the Lake #180<br>Austin, TX 78746 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,086.66** |
|---|---|---|---|
| | **Purvis Ind-San Antonio**<br>Attn:  Officer/Manager<br>**611 N WW White Road**<br>**San Antonio, TX 78219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,606.20** |
|---|---|---|---|
| | **Quality Counts Inc**<br>Attn:  Officer/Manager<br>**PO Box 221**<br>**Brookwood, AL 35444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,169.55** |
|---|---|---|---|
| | **Quality Fasteners**<br>Attn:  Officer/Manager<br>**10405 IH35 North**<br>**San Antonio, TX 78233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,822.38** |
|---|---|---|---|
| | **Quebec Wild Blueberries Attn:Office**<br>**698, rue Melancon**<br>**St-Bruno,  QC G0W 2L0**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.37** |
|---|---|---|---|
| | **Quench USA, Inc.**<br>Attn:  Officer/Manager<br>**630 Allendale Road, Suite 200**<br>**King of Prussia, PA 19406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,233.00** |
|---|---|---|---|
| | **R B Humphreys**<br>Attn:  Officer/Manager<br>**5549 State Route 233**<br>**Westmoreland, NY 13490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220,200.67** |
|---|---|---|---|
| | **Rainsweet Fruits & Vegetables**<br>Attn:  Officer/Manager<br>**PO Box 7079**<br>**Salem, OR 97303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Account | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | |
|---|---|
| Debtor **Imperial Frozen Foods Op Co, LLC** | Case number (if known) **19-05419-5** |
| Name | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,397.91 |
|---|---|---|---|

**3.209** Nonpriority creditor's name and mailing address
Randstad
Attn: Officer/Manager
PO Box 742689
Atlanta, GA 30374

As of the petition filing date, the claim is: *Check all that apply.*   **$5,397.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.210** Nonpriority creditor's name and mailing address
Ranger Blade Company
Attn: Officer/Manager
1561 S Main Street, Box 205
Traer, IA 50675

As of the petition filing date, the claim is: *Check all that apply.*   **$629.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.211** Nonpriority creditor's name and mailing address
RedTail Solutions, Inc.
Attn: Officer/Manager
75 Remittance Drive, Dept 6541
Chicago, IL 60675

As of the petition filing date, the claim is: *Check all that apply.*   **$2,134.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.212** Nonpriority creditor's name and mailing address
Refrigiwear Inc
Attn: Officer/Manager
54 Breakstone Drive
Dahlonega, GA 30533

As of the petition filing date, the claim is: *Check all that apply.*   **$119.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.213** Nonpriority creditor's name and mailing address
Reliable Transportation Solution
Attn: Officer/Manager
642 East State Street
Georgetown, OH 45121

As of the petition filing date, the claim is: *Check all that apply.*   **$290,835.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.214** Nonpriority creditor's name and mailing address
Reliance Foods International
549 Grand Boulevard, Attn: Officer
Ile Perrot, QC   J7V 4X4
CANADA

As of the petition filing date, the claim is: *Check all that apply.*   **$980,031.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Account

Is the claim subject to offset? ■ No ☐ Yes

**3.215** Nonpriority creditor's name and mailing address
Rick Schmidt
3377 Gulf Shore Blvd N Unit 1C
Naples, FL 34103

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Investor

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Robert L Williams Jr** | ☐ Contingent | |
| | **3033 Trillium Court East** | ☐ Unliquidated | |
| | **Aurora, IL 60506** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Robert Spence** | ☐ Contingent | |
| | **4251 Salzedo Apt E502** | ☐ Unliquidated | |
| | **Miami, FL 33146** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118.50** |
|---|---|---|---|
| | **Rynn & Janowsky, LLP** | ☐ Contingent | |
| | **Attn:  Officer/Manager** | ☐ Unliquidated | |
| | **4100 Newport Place Drive Suite 700** | ☐ Disputed | |
| | **Newport Beach, CA 92660** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$564.48** |
|---|---|---|---|
| | **Safety-Kleen Systems, Inc.** | ☐ Contingent | |
| | **Attn:  Officer/Manager** | ☐ Unliquidated | |
| | **2600 North Central Exwy, Ste. 400** | ☐ Disputed | |
| | **Richardson, TX 75080** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47.40** |
|---|---|---|---|
| | **San Antonio Belting and Pulley Co I** | ☐ Contingent | |
| | **Attn:  Officer/Manager** | ☐ Unliquidated | |
| | **PO Box 830005** | ☐ Disputed | |
| | **San Antonio, TX 78283** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,820.00** |
|---|---|---|---|
| | **Savannah Palletts LLC** | ☐ Contingent | |
| | **Attn:  Officer/Manager** | ☐ Unliquidated | |
| | **810 Talmadge Ave** | ☐ Disputed | |
| | **Savannah, GA 31418** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79,576.03** |
|---|---|---|---|
| | **Savannah Staffing** | ☐ Contingent | |
| | **Attn:  Officer/Manager** | ☐ Unliquidated | |
| | **7505 Waters Avenue, Suite D7** | ☐ Disputed | |
| | **Savannah, GA 31406** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Schmidt Family Investments LLC**
Attn: Officer/Manager
1650 S State Street, Suite 112
Champaign, IL 61820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,568.50**

**SCM Inc**
Attn: Officer/Manager
1124 Highway 29 South
East Dublin, GA 31027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,041.00**

**Scotlynn USA Division Attn Officer**
1150 Vittoria Road
Vittoria, Ontario N0E 1W0
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,550.00**

**SEAFRIGO USA Inc**
Attn: Officer/Manager
735 Dowd Avenue
Elizabeth, NJ 07201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sergio Varela**
1039 W Mountain St
Glendale, CA 91202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.04**

**Sherri Aylor PPC**
Attn: Officer/Manager
PO Box 2289
Amarillo, TX 79105-2289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sherri Tuttle**
681 E Lake Street #354
Wayzata, MN 55391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)* | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,968.92** |
|---|---|---|---|

**Sierra Packaging & Converting LLC**
Attn: Officer/Manager
11005 Stead Boulevard
Reno, NV 89506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Silver Mountain Partners LP**
Attn: Officer/Managing Agent
2817 Girard Ave, Unit 408
Minneapolis, MN 55408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Investor___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,983.70** |
|---|---|---|---|

**Simple Air Solutions, LLC**
Attn: Officer/Manager
365 College Street
Forsyth, GA 31029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Skyline Displays Midwest, Inc.**
Attn: Officer/Manager
11901 Portland Ave.
Burnsville, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,592.85** |
|---|---|---|---|

**Smurfit Kappa Bates**
Attn: Officer/Manager
P.O. Box 660367
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,254.47** |
|---|---|---|---|

**SNL Staffing Solutions Inc**
Attn: Officer/Manager
8301 Broadway Suite 407
San Antonio, TX 78209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,122.78** |
|---|---|---|---|

**Southeastern Paper Group**
Attn: Officer/Manager
PO Box 6220
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___Account___

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.88** |
|---|---|---|---|
| | **Sparkletts and Sierra Springs**<br>Attn: Officer/Manager<br>PO Box 660579<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,089.00** |
|---|---|---|---|
| | **Spot Freight Inc**<br>Attn: Officer/Manager<br>141 S Meridian St. STE 200<br>Indianapolis, IN 46225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,036.00** |
|---|---|---|---|
| | **Strategic Logistics Company LLC**<br>Attn: Officer/Manager<br>PO Box 2555<br>York, PA 17405 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,989.84** |
|---|---|---|---|
| | **Sue Yin Asia LTD, Attn: Officer**<br>P.O. Box 7-52<br>Nan Kang, Taipei 11529<br>TAIWAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,686.58** |
|---|---|---|---|
| | **Sun Mark Foods Ltd., Attn: Officer**<br>303 Vaughan Valley Blvd, Suite 201<br>Woodbridge, ON L4H 3B5<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|
| | **Sunkist Growers Inc**<br>Attn: Officer/Manager<br>27770 N Entertainment Drive<br>Valencia, CA 91355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,159.75** |
|---|---|---|---|
| | **Sunteck Transport Co Inc**<br>Attn: Officer/Manager<br>6413 Congress Avenue, Suite 260<br>Boca Raton, FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Account_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,988.27**

**Superior Foods Inc**
Attn: Officer/Manager
275 Westgate Drive
Watsonville, CA 95076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325,239.88**

**Superior Foods International Inc**
Attn: Officer/Manager
275 Westgate Drive
Watsonville, CA 95076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,413.50**

**SURE-FRESH PRODUCE**
Attn: Officer/Manager
PO Box 6975
Santa Maria, CA 93456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,519.28**

**Texas Toolmakers Inc**
Attn: Officer/Manager
11411 East Coker Loop
San Antonio, TX 78216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00**

**The Fred W. Albrecht Grocery Co.**
Attn: Officer/Manager
2700 Gilchrist Road
Akron, OH 44305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$575.32**

**Time Warner Cable**
Attn: Officer/Manager
PO Box 70872
Charlotte, NC 28271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Account_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Timothy March**
420 Parkway Drive
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Investor_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,800.00** |
|---|---|---|---|

**Titan Farms Sales LLC**
**Attn: Officer/Manager**
**R. W. DuBose Road**
**Ridge Spring, SC 29129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tom Beadle (Dolores Beadle)**
**440 Kings Glen Way**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tony Davis**
**2831 N Pine Grove Ave**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,375.00** |
|---|---|---|---|

**Tornado Automation LLC**
**Attn: Officer/Manager**
**7475 W FM 140**
**Jourdanton, TX 78026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,665.45** |
|---|---|---|---|

**Trace Staffing Solutions**
**Attn: Officer/Manager**
**702 Mall Boulevard, Suite A**
**Savannah, GA 31406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,000.00** |
|---|---|---|---|

**TRANSPORT EXPRESS LLC**
**Attn: Officer/Manager**
**3275 Mike Collins Drive**
**Saint Paul, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,029.00** |
|---|---|---|---|

**Trinity Logistics Inc**
**Attn: Officer/Manager**
**PO Box 62702**
**Baltimore, MD 21264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | | Case number (if known) | **19-05419-5** |
|---|---|---|---|---|
| | Name | | | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tuscola Investments LLC**<br>Attn: Officer/Manager<br>**1240 E CR 1250 N**<br>**Tuscola, IL 61953** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Investor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,828.91** |
|---|---|---|---|
| | **Unishippers**<br>Attn: Officer/Manager<br>**PO Box 845686**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.00** |
|---|---|---|---|
| | **United States Cold Storage LLC**<br>Attn: Officer/Manager<br>**15 Emery Street**<br>**Bethlehem, PA 18015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | **Unloading Services**<br>Attn: Officer/Manager<br>**1900 North 18th Street, Suite 701**<br>**Monroe, LA 71201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$740.15** |
|---|---|---|---|
| | **Valley Marketing Group LLC**<br>Attn: Officer/Manager<br>**37 Pennsylvania Avenue**<br>**Valley Cottage, NY 10989** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,349.55** |
|---|---|---|---|
| | **Vanguard Cleaning Systems**<br>Attn: Officer/Manager<br>**PO Box 461389**<br>**San Antonio, TX 78246-1389** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,131.55** |
|---|---|---|---|
| | **Victory Packaging LP**<br>Attn: Officer/Manager<br>**3555 Timmons Lane, Suite 1440**<br>**Houston, TX 77027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,667.63** |
|---|---|---|---|

**Videojet Technologies Inc**
**Attn: Officer/Manager**
**1500 Mittel Boulevard**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,494.53** |
|---|---|---|---|

**VLM Food Trading Int'l Attn Officer**
**52 Hymus Boulevard, Suite 101**
**Pointe-Claire, QC H9R1C9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,506.82** |
|---|---|---|---|

**VM-3 Services**
**Attn: Officer/Manager**
**PO Box 593045**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Warren Lee**
**2906 Wendover Place**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wes Seitz**
**4014 Pinecrest Road**
**Champaign, IL 61822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Investor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,948.45** |
|---|---|---|---|

**West Essex Graphics Inc**
**Attn: Officer/Manager**
**305 Fairfield Avenue**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,601.74** |
|---|---|---|---|

**WJ Pence Company**
**Attn: Officer/Manager**
**PO Box 24131**
**Seattle, WA 98124-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number (if known) | **19-05419-5** |
|---|---|---|---|
| | Name | | |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$304.97** |
|---|---|---|---|

**World Cup Packaging**
**Attn:  Officer/Manager**
**14392 De La Tour Drive**
**South Beloit, IL 61080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414.50** |
|---|---|---|---|

**Worldwide Pest Control Inc**
**Attn:  Officer/Manager**
**PO Box 5746**
**San Antonio, TX 78201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,988.50** |
|---|---|---|---|

**WR Allen Inc**
**Attn:  Officer/Manager**
**PO Box 407**
**Orland, ME 04472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Thompson Coburn LLP**<br>**Attn:  Jarrod Sharp**<br>**One US Bank Plaza**<br>**Saint Louis, MO 63101** | Line  __3.6__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,153.85 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,420,722.72 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,421,876.57 |

**Fill in this information to identify the case:**

Debtor name    **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **19-05419-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest       **Employment contract**<br><br>       State the term remaining<br><br>       List the contract number of any government contract | **Craig Higgins**<br>**2104 Higley Drive**<br>**Wake Forest, NC 27587** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest       **Three warehouse leases**<br><br>       State the term remaining<br><br>       List the contract number of any government contract | **Gulf States Cold Storage Co**<br>**Attn:  Officer/Manager**<br>**193 Basket Factory Drive**<br>**Americus, GA 31709** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest       **Employment contract**<br><br>       State the term remaining<br><br>       List the contract number of any government contract | **Luca DaPonte**<br>**4309 Gallatree Lane**<br>**Raleigh, NC 27616** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest       **Employment contract**<br><br>       State the term remaining<br><br>       List the contract number of any government contract | **Matt Goldthwaite**<br>**503 Marquis Lane**<br>**Mansfield, TX 76063** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Imperial Frozen Foods Op Co, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **19-05419-5**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Building lease at 3150 Rogers Road, Suite 212, Wake Forest, NC** | |
|---|---|---|---|
| | State the term remaining | | **NC Triangle Investment LLC Attn:  Officer/Manager 103 Noritake Drive Cary, NC 27513** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease 176 Pine Barren Road, Pooler, GA** | |
|---|---|---|---|
| | State the term remaining | | **P B 102,000 LLC Attn:  Officer/Manager PO Box 16058 Savannah, GA 31416** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Production lease 4231 Profit Drive, San Antonio, TX** | |
|---|---|---|---|
| | State the term remaining | | **Terminal Freezers 4231 Profit Drive San Antonio, TX 78219** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Vehicle Lease** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Imperial Frozen Foods Op Co, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**19-05419-5**__

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Imperial Frozen Foods Op Co, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **19-05419-5**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other   See attached | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1.   **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)* **19-05419-5** |
| --- | --- | --- |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.    **See attached** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1.    **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)*  **19-05419-5** |
| --- | --- | --- |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Imperial Frozen Foods Op Co, LLC | Case number (if known) 19-05419-5 |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **See attached** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **See attached** | **See attached** | | ☐ No<br>☑ Yes |

Debtor    **Imperial Frozen Foods Op Co, LLC**                    Case number *(if known)*  **19-05419-5**

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |

---

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)* | **19-05419-5** |

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **See attached** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **See attached** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **See attached** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See attached** | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See attached** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Imperial Frozen Foods Op Co, LLC** | Case number *(if known)*  **19-05419-5** |
|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **See attached** | **EIN:** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 26, 2019**

**/s/ Craig Higgins**                                              **Craig Higgins**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 1, Question 1 - Gross revenue from business

| SOFA Part 1, Question 1 - Gross Revenue from Business | | | |
|---|---|---|---|
| | | | |
| Debtor Name | Gross Revenue | Time Period | Sources of Revenue |
| Imperial Frozen Foods Op Co LLC | $75,932,496.00 | 12/30/2018-11/24/2019 | Product Sales and Packing Fees |
| Imperial Frozen Foods Op Co LLC | $59,440,548.00 | 12/31/2017-12/29/2018 | Product Sales and Packing Fees |
| Imperial Frozen Foods Op Co LLC | $49,577,201.00 | 1/1/2017-12/30/2017 | Product Sales and Packing Fees |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| | SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days preceding commencement of this case | | | | | | | | | |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 08/26/19 | $1,436.12 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 08/26/19 | $185.57 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 08/27/19 | $1,121.16 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 08/27/19 | $13,847.32 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worcester | MA | 1610 | USA | Packer/Warehouse | 08/28/19 | $564.00 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 08/28/19 | $4,316.30 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 08/28/19 | $41,569.93 |
| Imperial Frozen Foods Op Co LLC | Forager Logistics | FORAG001 | 401 N May Street, PH 2 | Chicago | IL | 60642 | USA | Freight Company | 08/28/19 | $8,054.00 |
| Imperial Frozen Foods Op Co LLC | Friendly Nature USA,LLC | FRIEN001 | 1535 Seneca Avenue | Cummin | GA | 30041 | USA | Inventory Vendor | 08/28/19 | $23,570.50 |
| Imperial Frozen Foods Op Co LLC | Galileo Global Branding Group | GALIL001 | PO Box 10382 | Uniondal | NY | 11555-0382 | USA | Inventory Vendor | 08/28/19 | $6,080.64 |
| Imperial Frozen Foods Op Co LLC | Glen Rose Transportation Manag | GLENR001 | PO Drawer 3269 | Glen Ros | TX | 76043 | USA | Freight Company | 08/28/19 | $8,394.00 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 08/28/19 | $4,272.00 |
| Imperial Frozen Foods Op Co LLC | Holli-pac, Inc. | HOLLI001 | PO Box 239 | Holley | NY | 14470 | USA | Packer/Warehouse | 08/28/19 | $3,041.84 |
| Imperial Frozen Foods Op Co LLC | Jibe Staffing LLC | JIBES001 | 365 Canal Street, Suite 2425 | New Orl | LA | 70130 | USA | Temporary Staff | 08/28/19 | $8,477.30 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 08/28/19 | $15,833.46 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 08/28/19 | $29,022.32 |
| Imperial Frozen Foods Op Co LLC | MegaCorp Logistics | MEGAC001 | Po Box 1050 | Wrightsv | NC | 28480 | USA | Freight Company | 08/28/19 | $19,250.00 |
| Imperial Frozen Foods Op Co LLC | Mr Best Foods Inc | MRBES001 | 1395 Brickell Ave | Miami | FL | 33131 | USA | Inventory Vendor | 08/28/19 | $8,905.60 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insuran | NATIO007 | 1100 Locust St. | Des Moin | IA | 50391-3015 | USA | Employee Benefits | 08/28/19 | $356.45 |
| Imperial Frozen Foods Op Co LLC | NC Triangle Investment LLC | NCTRI001 | Fidelity Bank: Acct 1611011416 | Raleigh | NC | 27609 | USA | Corporate Rent | 08/28/19 | $10,325.10 |
| Imperial Frozen Foods Op Co LLC | Parity Factory | PARIT001 | 11812 North Creek Pkwy N, Suite 20 | Bothell | WA | 98011-8202 | USA | Plant Overhead | 08/28/19 | $9,900.00 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 08/28/19 | $3,449.78 |
| Imperial Frozen Foods Op Co LLC | Quebec Wild Blueberries Inc | QUEBE001 | 698, rue Melancon | St-Bruno | QC | G0W 2L0 | Canada | Inventory Vendor | 08/28/19 | $59,028.76 |
| Imperial Frozen Foods Op Co LLC | Savannah Palletts LLC | SAVAN003 | 810 Talmadge Ave | Garden C | GA | 31418 | USA | Plant Overhead | 08/28/19 | $700.00 |
| Imperial Frozen Foods Op Co LLC | Unishippers | UNISH001 | PO Box 845686 | Boston | MA | 2284 | USA | Freight Company | 08/28/19 | $1,647.62 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 08/28/19 | $46,478.38 |
| Imperial Frozen Foods Op Co LLC | VM-3 Services | VM3SE001 | PO Box 593045 | San Anto | TX | 78259 | USA | Plant Overhead | 08/28/19 | $4,145.87 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 08/28/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 08/28/19 | $15,442.53 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreu | QC | J7V 8P2 | Canada | Inventory Vendor | 08/28/19 | $56,971.79 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 08/28/19 | $5,303.00 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Lehigh Avenue | Whitehal | PA | 18052 | USA | Inventory Vendor | 08/28/19 | $51,993.90 |
| Imperial Frozen Foods Op Co LLC | Sanitation Specialists | SANIT001 | 119 West Beach Street | Watsonvi | CA | 95077 | USA | Plant Overhead | 08/28/19 | $7,333.33 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 08/28/19 | $11,855.27 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 08/28/19 | $16,708.72 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 08/28/19 | $12,564.24 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 08/28/19 | $32,051.08 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 08/28/19 | $10,598.71 |
| Imperial Frozen Foods Op Co LLC | Hanover Foods Corporation | HANOV001 | 1486 York Street | Hanover | PA | 17331 | USA | Inventory Vendor | 08/28/19 | $23,611.66 |
| Imperial Frozen Foods Op Co LLC | Lamex Foods, Inc. | LAMEX001 | PO Box 205466 | Dallas | TX | 75320-5466 | USA | Inventory Vendor | 08/28/19 | $49,206.92 |
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 08/28/19 | $39,739.00 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Vermont Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 08/28/19 | $16,345.61 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rochester | NY | 14623 | USA | Inventory Vendor | 08/28/19 | $40,471.00 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 08/28/19 | $96,940.52 |
| Imperial Frozen Foods Op Co LLC | Fruitrade International Inc | FRUIT002 | 3638 Lakeshore Blvd W | Toronto | ON | M8W 1N6 | Canada | Inventory Vendor | 08/28/19 | $39,676.00 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, Ll | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 08/28/19 | $51,048.50 |
| Imperial Frozen Foods Op Co LLC | Reliance Foods International Inc. | RELIA001 | 549 Grand Boulevard | Ile Perrot | QC | J7V 4X4 | Canada | Inventory Vendor | 08/28/19 | $55,005.60 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbri | ON | L4H 3B5 | Canada | Inventory Vendor | 08/28/19 | $39,690.00 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 08/28/19 | $68,707.38 |

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Yupi.ca Inc | YUPIC001 | 993 Princess Street | Kingston | ON | K7L 1H3 | Canada | Inventory Vendor | 08/28/19 | $26,865.50 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Anne | QC | H9X 1M2 | Canada | Inventory Vendor | 08/28/19 | $70,219.80 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/03/19 | $185.57 |
| Imperial Frozen Foods Op Co LLC | Yupi.ca Inc | YUPIC001 | 993 Princess Street | Kingston | ON | K7L 1H3 | Canada | Inventory Vendor | 09/03/19 | $27,460.75 |
| Imperial Frozen Foods Op Co LLC | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Employee Benefits | 09/04/19 | $115,229.66 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 09/04/19 | $18,312.96 |
| Imperial Frozen Foods Op Co LLC | Ecolab Inc | ECOLA001 | 370 Wabasha Street | St Paul | MN | 55102 | USA | Plant Overhead | 09/04/19 | $1,760.35 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 09/04/19 | $33,085.14 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfield | CA | 93380 | USA | Inventory Vendor | 09/04/19 | $4,691.52 |
| Imperial Frozen Foods Op Co LLC | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7458 | USA | Employee Benefits | 09/04/19 | $13,939.47 |
| Imperial Frozen Foods Op Co LLC | Jibe Staffing LLC | JIBES001 | 365 Canal Street, Suite 2425 | New Orleans | LA | 70130 | USA | Temporary Staff | 09/04/19 | $7,514.74 |
| Imperial Frozen Foods Op Co LLC | National Frozen Foods Corporati | NATIO006 | 1600 Fairview Avenue E, 2nd Floor | Seattle | WA | 98102 | USA | Inventory Vendor | 09/04/19 | $23,322.25 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insuran | NATIO007 | 1100 Locust St. | Des Moines | IA | 50391-3015 | USA | Workers Comp Insurance | 09/04/19 | $35,220.38 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-Claire | QC | H9R1C9 | Canada | Inventory Vendor | 09/04/19 | $52,354.68 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | WR Allen Inc | WRALL001 | PO Box 407 | Orland | ME | 4472 | USA | Inventory Vendor | 09/04/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 09/04/19 | $5,400.48 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/04/19 | $25,043.06 |
| Imperial Frozen Foods Op Co LLC | MegaCorp Logistics | MEGAC001 | PO Box 1050 | Wrightsville | NC | 28480 | USA | Freight Company | 09/04/19 | $15,617.50 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 09/04/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 09/04/19 | $14,543.65 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 09/04/19 | $50,768.40 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreuil | QC | J7V 8P2 | Canada | Inventory Vendor | 09/04/19 | $20,690.00 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Lehigh Avenue | Whitehall | PA | 18052 | USA | Inventory Vendor | 09/04/19 | $20,000.00 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 09/04/19 | $16,683.43 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 09/04/19 | $12,777.58 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Antonio | TX | 78209 | USA | Temporary Staff | 09/04/19 | $8,887.98 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanburg | SC | 29304 | USA | Inventory Vendor | 09/04/19 | $10,382.46 |
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 09/04/19 | $31,990.00 |
| Imperial Frozen Foods Op Co LLC | Sanitation Specialists | SANIT001 | 119 West Beach Street | Watsonville | CA | 95077 | USA | Plant Overhead | 09/04/19 | $7,333.33 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 09/04/19 | $1,044.44 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorsett | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 09/04/19 | $25,067.06 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorsett | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 09/04/19 | $4,922.94 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 09/04/19 | $8,407.60 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 09/04/19 | $60,870.04 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LL | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 09/04/19 | $26,804.50 |
| Imperial Frozen Foods Op Co LLC | Reliance Foods International Inc. | RELIA001 | 549 Grand Boulevard | Ile Perrot | QC | J7V 4X4 | Canada | Inventory Vendor | 09/04/19 | $20,000.00 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbridge | ON | L4H 3B5 | Canada | Inventory Vendor | 09/04/19 | $37,585.35 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonville | CA | 95076-2470 | USA | Inventory Vendor | 09/04/19 | $47,114.99 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 09/05/19 | $50,372.60 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/09/19 | $1,436.12 |
| Imperial Frozen Foods Op Co LLC | Georgia Power Company | GEORG006 | 241 Ralph McGill Blvd, NE, Bin 1012 | Atlanta | GA | 30308-3374 | USA | Plant Overhead | 09/09/19 | $476.26 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/09/19 | $185.57 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worcester | MA | 1610 | USA | Packer/Warehouse | 09/11/19 | $1,809.00 |
| Imperial Frozen Foods Op Co LLC | CAI Logistics Inc. | CAILO001 | 8800 134th St. SW | Everett | WA | 98204 | USA | Freight Company | 09/11/19 | $11,169.00 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Point | GA | 30344 | USA | Temporary Staff | 09/11/19 | $14,916.09 |
| Imperial Frozen Foods Op Co LLC | Glen Rose Transportation Manag | GLENR001 | PO Drawer 3269 | Glen Rose | TX | 76043 | USA | Freight Company | 09/11/19 | $10,520.00 |
| Imperial Frozen Foods Op Co LLC | Holley Cold Storage | HOLLE001 | PO Box 359 | Holley | NY | 14470 | USA | Packer/Warehouse | 09/11/19 | $5,077.88 |
| Imperial Frozen Foods Op Co LLC | Holli-pac, Inc. | HOLLI001 | PO Box 239 | Holley | NY | 14470 | USA | Packer/Warehouse | 09/11/19 | $15,438.26 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/11/19 | $21,089.45 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/11/19 | $70,551.72 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 09/11/19 | $8,585.34 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 09/11/19 | $4,388.79 |
| Imperial Frozen Foods Op Co LLC | 3M Company | 3MCOM001 | PO Box 844127 | Dallas | TX | 75284-4127 | USA | Plant Overhead | 09/11/19 | $290.00 |
| Imperial Frozen Foods Op Co LLC | Daymon Worldwide Inc | DAYMO001 | PO Box 3801 | Carol Stre | IL | 60132-3801 | USA | Customer Broker | 09/11/19 | $24,000.00 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 09/11/19 | $14,464.00 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 09/11/19 | $30,515.22 |
| Imperial Frozen Foods Op Co LLC | Ecolab Inc | ECOLA001 | 370 Wabasha Street | St Paul | MN | 55102 | USA | Plant Overhead | 09/11/19 | $573.11 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segund | CA | 90245 | USA | Inventory Vendor | 09/11/19 | $39,340.06 |
| Imperial Frozen Foods Op Co LLC | Friendly Nature USA,LLC | FRIEN001 | 1535 Seneca Avenue | Cummin | GA | 30041 | USA | Inventory Vendor | 09/11/19 | $23,570.50 |
| Imperial Frozen Foods Op Co LLC | Galileo Global Branding Group | GALIL001 | PO Box 10382 | Uniondal | NY | 11555-0382 | USA | Inventory Vendor | 09/11/19 | $2,637.74 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 09/11/19 | $12,473.04 |
| Imperial Frozen Foods Op Co LLC | National Frozen Foods Corporati | NATIO006 | 1600 Fairview Avenue E, 2nd Floor | Seattle | WA | 98102 | USA | Inventory Vendor | 09/11/19 | $17,617.50 |
| Imperial Frozen Foods Op Co LLC | Paris Foods Corporation | PARIS001 | 3965 Ocean Gateway | Trappe | MD | 21673 | USA | Inventory Vendor | 09/11/19 | $27,947.41 |
| Imperial Frozen Foods Op Co LLC | PROGRAM | PROGR001 | PO BOX 278 | FOGELS | PA | 18051 | USA | Inventory Vendor | 09/11/19 | $28,057.65 |
| Imperial Frozen Foods Op Co LLC | Val-Mex Frozen Foods | VALME001 | 14607 San Pedro Ave. | San Anto | TX | 78232 | USA | Inventory Vendor | 09/11/19 | $74,967.40 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 09/11/19 | $53,569.90 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 09/11/19 | $11,000.00 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 09/11/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 09/11/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | WR Allen Inc | WRALL001 | PO Box 407 | Orland | ME | 4472 | USA | Inventory Vendor | 09/11/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 09/11/19 | $6,029.07 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 09/11/19 | $11,758.86 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/11/19 | $9,579.25 |
| Imperial Frozen Foods Op Co LLC | Hanover Foods Corporation | HANOV001 | 1486 York Street | Hanover | PA | 17331 | USA | Inventory Vendor | 09/11/19 | $32,463.08 |
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 09/11/19 | $23,240.00 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 09/11/19 | $18,898.52 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 09/11/19 | $21,502.35 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 09/11/19 | $50,333.62 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreui | QC | J7V 8P2 | Canada | Inventory Vendor | 09/11/19 | $116,088.33 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/11/19 | $9,458.00 |
| Imperial Frozen Foods Op Co LLC | P B 102,000 LLC | PB102001 | PO Box 16058 | Savannal | GA | 31416 | USA | Packer/Warehouse | 09/11/19 | $9,624.36 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 09/11/19 | $16,650.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 09/11/19 | $31,547.92 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 09/11/19 | $13,688.59 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rocheste | NY | 14623 | USA | Inventory Vendor | 09/11/19 | $111,000.00 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/11/19 | $105,573.93 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 09/11/19 | $98,550.75 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 09/11/19 | $87,147.16 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Ar | QC | H9X 1M2 | Canada | Inventory Vendor | 09/11/19 | $73,399.82 |
| Imperial Frozen Foods Op Co LLC | Superior Foods Inc | SUPER004 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/11/19 | $52,613.55 |
| Imperial Frozen Foods Op Co LLC | Export Packers Company Limited | EXPOR002 | 107 Walker Drive | Brampto | ON | L6T 5K5 | Canada | Inventory Vendor | 09/11/19 | $47,387.36 |
| Imperial Frozen Foods Op Co LLC | Charles Masson Inc. | CHARL001 | 186 Sutton Place | Beaconsfi | QC | H9W 5S3 | Canada | Inventory Vendor | 09/11/19 | $45,238.50 |
| Imperial Frozen Foods Op Co LLC | Reliance International Inc. | RELIA001 | 549 Grand Boulevard | Ile Perrot | QC | J7V 4X4 | Canada | Inventory Vendor | 09/11/19 | $36,669.34 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbri | ON | L4H 3B5 | Canada | Inventory Vendor | 09/11/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 09/11/19 | $15,747.26 |
| Imperial Frozen Foods Op Co LLC | Superior Foods Inc | SUPER004 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/12/19 | $116.34 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/16/19 | $118.57 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonv | FL | 32254 | USA | Plant Overhead | 09/16/19 | $1,110.02 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/16/19 | $239.10 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 09/17/19 | $1,132.68 |
| Imperial Frozen Foods Op Co LLC | Hanover Foods Corporation | HANOV001 | 1486 York Street | Hanover | PA | 17331 | USA | Inventory Vendor | 09/18/19 | $12,132.00 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 09/18/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 09/18/19 | $26,391.36 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreui | QC | J7V 8P2 | Canada | Inventory Vendor | 09/18/19 | $27,613.11 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/18/19 | $7,135.00 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Leigh Avenue | Whitehal | PA | 18052 | USA | Inventory Vendor | 09/18/19 | $49,200.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 09/18/19 | $10,957.97 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 09/18/19 | $2,031.39 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 09/18/19 | $11,530.25 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 09/18/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rochester | NY | 14623 | USA | Inventory Vendor | 09/18/19 | $43,400.00 |
| Imperial Frozen Foods Op Co LLC | Fruitrade International Inc | FRUIT002 | 3638 Lakeshore Blvd W | Toronto | ON | M8W 1N6 | Canada | Inventory Vendor | 09/18/19 | $76,743.25 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Ar | QC | H9X 1M2 | Canada | Inventory Vendor | 09/18/19 | $50,285.76 |
| Imperial Frozen Foods Op Co LLC | Brecon Foods | BRECO001 | 189 Hymus Blvd, #406 | Pointe Cl | QC | H9R 1E9 | Canada | Inventory Vendor | 09/18/19 | $33,936.96 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 09/18/19 | $54,740.05 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 09/18/19 | $50,648.02 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LL | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 09/18/19 | $51,058.41 |
| Imperial Frozen Foods Op Co LLC | Reliance Foods International Inc. | RELIA001 | 549 Grand Boulevard | Ile Perrot | QC | J7V 4X4 | Canada | Inventory Vendor | 09/18/19 | $42,800.00 |
| Imperial Frozen Foods Op Co LLC | Superior Foods Inc | SUPER004 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/18/19 | $6,251.20 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/18/19 | $71,910.39 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 09/19/19 | $5,905.74 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 09/19/19 | $11,671.50 |
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneapo | MN | 55480-9121 | USA | Freight Company | 09/19/19 | $11,316.00 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 09/19/19 | $23,941.85 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Poin | GA | 30344 | USA | Temporary Staff | 09/19/19 | $15,156.64 |
| Imperial Frozen Foods Op Co LLC | Ecolab Inc | ECOLA001 | 370 Wabasha Street | St Paul | MN | 55102 | USA | Plant Overhead | 09/19/19 | $1,827.19 |
| Imperial Frozen Foods Op Co LLC | Eurofins Microbiology Laborator | EUROF001 | 2200 Rittenhouse Street, Suite 175 | Des Moin | IA | 50321 | USA | Plant Overhead | 09/19/19 | $6,152.00 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segunc | CA | 90245 | USA | Inventory Vendor | 09/19/19 | $42,303.23 |
| Imperial Frozen Foods Op Co LLC | Glen Rose Transportation Manag | GLENR001 | PO Drawer 3269 | Glen Ros | TX | 76043 | USA | Freight Company | 09/19/19 | $4,795.00 |
| Imperial Frozen Foods Op Co LLC | Gulf States Cold Storage Co | GULFS001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 09/19/19 | $19,283.38 |
| Imperial Frozen Foods Op Co LLC | Inn Foods Inc | INNFO001 | 310 Walker Street | Watsonvi | CA | 95076 | USA | Inventory Vendor | 09/19/19 | $12,530.70 |
| Imperial Frozen Foods Op Co LLC | InterAmerican Quality Foods, Inc | INTER001 | 306 W. Rhapsody | San Anto | TX | 78216 | USA | Inventory Vendor | 09/19/19 | $39,211.20 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonvi | FL | 32254 | USA | Plant Overhead | 09/19/19 | $1,589.20 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/19/19 | $17,122.07 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/19/19 | $51,534.76 |
| Imperial Frozen Foods Op Co LLC | MegaCorp Logistics | MEGAC001 | PO Box 1050 | Wrightsv | NC | 28480 | USA | Freight Company | 09/19/19 | $9,675.00 |
| Imperial Frozen Foods Op Co LLC | Motion Industries Inc | MOTIO001 | 1605 Alton Road | Birmingh | AL | 35210 | USA | Plant Overhead | 09/19/19 | $1,026.39 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insuran | NATIO007 | 1100 Locust St. | Des Moin | IA | 50391-3015 | USA | Workers Comp Insurance | 09/19/19 | $435.27 |
| Imperial Frozen Foods Op Co LLC | PPi Technologies GROUP | PPITE001 | 1712 Northgate Blvd | Sarasota | FL | 34234 | USA | Plant Overhead | 09/19/19 | $3,429.64 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 09/19/19 | $5,123.20 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianap | IN | 46225 | USA | Freight Company | 09/19/19 | $1,100.00 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 09/19/19 | $11,030.41 |
| Imperial Frozen Foods Op Co LLC | Unishippers | UNISH001 | PO Box 845686 | Boston | MA | 2284 | USA | Freight Company | 09/19/19 | $1,787.84 |
| Imperial Frozen Foods Op Co LLC | Videojet Technologies Inc | VIDEO001 | 1500 Mittel Boulevard | Wood Da | IL | 60191 | USA | Plant Overhead | 09/19/19 | $912.08 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-Cl | QC | H9R1C9 | Canada | Inventory Vendor | 09/19/19 | $51,094.47 |
| Imperial Frozen Foods Op Co LLC | VM-3 Services | VM3SE001 | PO Box 593045 | San Anto | TX | 78259 | USA | Plant Overhead | 09/19/19 | $1,821.84 |
| Imperial Frozen Foods Op Co LLC | Coloma Frozen Foods | COLOM001 | 4145 Coloma Road | Coloma | MI | 49038-8967 | USA | Packer/Warehouse | 09/19/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | PPi Technologies GROUP | PPITE001 | 1712 Northgate Blvd | Sarasota | FL | 34234 | USA | Plant Overhead | 09/19/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 09/19/19 | $13,320.00 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/19/19 | $6,303.50 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 09/19/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 09/19/19 | $27,171.84 |

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 09/19/19 | $50,590.00 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/19/19 | $2,171.74 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorset | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 09/20/19 | $1,176.34 |
| Imperial Frozen Foods Op Co LLC | Georgia Power Company | GEORG006 | 241 Ralph McGill Blvd, NE, Bin 1012 | Atlanta | GA | 30308-3374 | USA | Plant Overhead | 09/23/19 | $14,084.52 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/23/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/23/19 | $1,436.12 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 09/24/19 | $14,924.45 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 09/25/19 | $2,829.10 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 09/25/19 | $11,100.00 |
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneapo | MN | 55480-9121 | USA | Freight Company | 09/25/19 | $8,859.00 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 09/25/19 | $16,476.86 |
| Imperial Frozen Foods Op Co LLC | Direct Connect Logistix | DIREC001 | 314 W. Michigan Street | Indianapo | IN | 46202 | USA | Freight Company | 09/25/19 | $3,556.05 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Point | GA | 30344 | USA | Temporary Staff | 09/25/19 | $14,278.27 |
| Imperial Frozen Foods Op Co LLC | Eurofins Microbiology Laborator | EUROF001 | 2200 Rittenhouse Street, Suite 175 | Des Moine | IA | 50321 | USA | Plant Overhead | 09/25/19 | $6,737.00 |
| Imperial Frozen Foods Op Co LLC | Forager Logistics | FORAG001 | 401 N May Street, PH 2 | Chicago | IL | 60642 | USA | Freight Company | 09/25/19 | $5,439.00 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 09/25/19 | $2,901.51 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segund | CA | 90245 | USA | Inventory Vendor | 09/25/19 | $40,140.89 |
| Imperial Frozen Foods Op Co LLC | Glen Rose Transportation Manag | GLENR001 | PO Drawer 3269 | Glen Rose | TX | 76043 | USA | Freight Company | 09/25/19 | $7,054.00 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonvi | FL | 32254 | USA | Plant Overhead | 09/25/19 | $3,248.20 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 09/25/19 | $57,487.02 |
| Imperial Frozen Foods Op Co LLC | MegaCorp Logistics | MEGAC001 | PO Box 1050 | Wrightsvi | NC | 28480 | USA | Freight Company | 09/25/19 | $8,720.00 |
| Imperial Frozen Foods Op Co LLC | Motion Industries Inc | MOTIO001 | 1605 Alton Road | Birmingha | AL | 35210 | USA | Plant Overhead | 09/25/19 | $3,582.65 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insuran | NATIO001 | 1100 Locust St. | Des Moine | IA | 50391-3015 | USA | Workers Comp Insurance | 09/25/19 | $35,220.38 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 09/25/19 | $3,730.09 |
| Imperial Frozen Foods Op Co LLC | Quality Assurance International | QUALI002 | 9191 Towne Centre Drive, Suite 200 | San Diego | CA | 92122 | USA | Plant Overhead | 09/25/19 | $8,410.00 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianapo | IN | 46225 | USA | Freight Company | 09/25/19 | $1,510.00 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 09/25/19 | $4,219.11 |
| Imperial Frozen Foods Op Co LLC | The Pictsweet Company | PICTS001 | PO Box 198233 | Atlanta | GA | 30384 | USA | Inventory Vendor | 09/25/19 | $25,778.56 |
| Imperial Frozen Foods Op Co LLC | VM-3 Services | VM3SE001 | PO Box 593045 | San Anto | TX | 78259 | USA | Plant Overhead | 09/25/19 | $4,350.52 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 09/25/19 | $15,000.00 |
| Imperial Frozen Foods Op Co LLC | Coloma Frozen Foods | COLOM001 | 4145 Coloma Road | Coloma | MI | 49038-8967 | USA | Packer/Warehouse | 09/25/19 | $20,000.00 |
| Imperial Frozen Foods Op Co LLC | Graceland Fruit Inc | GRACE001 | PO Box 645688 | Pittsburg | PA | 15264-5688 | USA | Inventory Vendor | 09/25/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | WR Allen Inc | WRALL001 | PO Box 407 | Orland | ME | 4472 | USA | Inventory Vendor | 09/25/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 09/25/19 | $22,533.25 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 09/25/19 | $20,000.00 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 09/25/19 | $12,521.53 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/25/19 | $9,117.75 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 09/25/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 09/25/19 | $22,636.00 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 09/25/19 | $60,000.00 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 09/25/19 | $17,069.92 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 09/25/19 | $25,680.00 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreui | QC | J7V 8P2 | Canada | Inventory Vendor | 09/25/19 | $44,421.20 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 09/25/19 | $6,902.00 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Lehigh Avenue | Whitehal | PA | 18052 | USA | Inventory Vendor | 09/25/19 | $34,787.80 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 09/25/19 | $2,669.47 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 09/25/19 | $10,227.93 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 09/25/19 | $56,631.83 |
| Imperial Frozen Foods Op Co LLC | Intercontinental Packaging Corp. | INTER002 | 42 Geiger Circle | Rocheste | NY | 14612 | USA | Inventory Vendor | 09/25/19 | $12,276.31 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte An | QC | H9X 1M2 | Canada | Inventory Vendor | 09/25/19 | $152,934.99 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 09/25/19 | $80,713.45 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 09/25/19 | $17,562.04 |
| Imperial Frozen Foods Op Co LLC | Charles Masson Inc. | CHARL001 | 186 Sutton Place | Beaconsfi | QC | H9W 5S3 | Canada | Inventory Vendor | 09/25/19 | $45,238.50 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 09/25/19 | $88,692.00 |
| Imperial Frozen Foods Op Co LLC | Fruitrade International Inc | FRUIT002 | 3638 Lakeshore Blvd W | Toronto | ON | M8W 1N6 | Canada | Inventory Vendor | 09/25/19 | $26,484.05 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LL | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 09/25/19 | $52,856.00 |
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 09/30/19 | $68,006.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 09/30/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Georgia Power Company | GEORG006 | 241 Ralph McGill Blvd, NE, Bin 1012 | Atlanta | GA | 30308-3374 | USA | Plant Overhead | 09/30/19 | $640.00 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 10/01/19 | $1,590.07 |
| Imperial Frozen Foods Op Co LLC | Fruitmark USA Inc | FRUIT005 | PO Box 1070 | Oceano | CA | 93475 | USA | Inventory Vendor | 10/02/19 | $11,424.00 |
| Imperial Frozen Foods Op Co LLC | Val-Mex Frozen Foods | VALME001 | 14607 San Pedro Ave. | San Anto | TX | 78232 | USA | Inventory Vendor | 10/02/19 | $15,308.00 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreu | QC | J7V 8P2 | Canada | Inventory Vendor | 10/02/19 | $17,000.00 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 10/02/19 | $11,157.49 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 10/02/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 10/02/19 | $9,293.12 |
| Imperial Frozen Foods Op Co LLC | Hanover Foods Corporation | HANOV001 | 1486 York Street | Hanover | PA | 17331 | USA | Inventory Vendor | 10/02/19 | $1,863.00 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 10/02/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Lamex Foods, Inc. | LAMEX001 | PO Box 205466 | Dallas | TX | 75320-5466 | USA | Inventory Vendor | 10/02/19 | $88,929.53 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 10/02/19 | $15,177.10 |
| Imperial Frozen Foods Op Co LLC | P B 102,000 LLC | PB102001 | PO Box 16058 | Savannah | GA | 31416 | USA | Packer/Warehouse | 10/02/19 | $9,624.36 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 10/02/19 | $9,640.46 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 10/02/19 | $2,847.87 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 10/02/19 | $12,572.97 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 10/02/19 | $9,854.75 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 10/02/19 | $47,373.73 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Ar | QC | H9X 1M2 | Canada | Inventory Vendor | 10/02/19 | $114,373.49 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 10/02/19 | $17,281.49 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rocheste | NY | 14623 | USA | Inventory Vendor | 10/02/19 | $13,891.38 |
| Imperial Frozen Foods Op Co LLC | Charles Masson Inc. | CHARL001 | 186 Sutton Place | Beaconsfi | QC | H9W 5S3 | Canada | Inventory Vendor | 10/02/19 | $90,477.00 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 10/02/19 | $65,484.42 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 10/02/19 | $110,777.28 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorsett | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 10/02/19 | $1,463.05 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worceste | MA | 1610 | USA | Packer/Warehouse | 10/03/19 | $947.87 |
| Imperial Frozen Foods Op Co LLC | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Employee Benefits | 10/03/19 | $116,338.81 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 10/03/19 | $21,990.24 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segun | CA | 90245 | USA | Inventory Vendor | 10/03/19 | $38,865.48 |
| Imperial Frozen Foods Op Co LLC | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7458 | USA | Employee Benefits | 10/03/19 | $19,883.33 |
| Imperial Frozen Foods Op Co LLC | Gulf States Cold Storage Co | GULFS001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 10/03/19 | $44,027.35 |
| Imperial Frozen Foods Op Co LLC | Henry Crisp | CRISP001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 10/03/19 | $4,427.00 |
| Imperial Frozen Foods Op Co LLC | Holley Cold Storage | HOLLE001 | PO Box 359 | Holley | NY | 14470 | USA | Packer/Warehouse | 10/03/19 | $2,202.36 |
| Imperial Frozen Foods Op Co LLC | Inn Foods Inc | INNFO001 | 310 Walker Street | Watsonvi | CA | 95076 | USA | Inventory Vendor | 10/03/19 | $6,399.00 |
| Imperial Frozen Foods Op Co LLC | National Frozen Foods Corporati | NATIO006 | 1600 Fairview Avenue E, 2nd Floor | Seattle | WA | 98102 | USA | Inventory Vendor | 10/03/19 | $10,689.78 |
| Imperial Frozen Foods Op Co LLC | NC Triangle Investment LLC | NCTRI001 | Fidelity Bank: Acct 1611011416 | Raleigh | NC | 27609 | USA | Corporate Rent | 10/03/19 | $15,523.13 |
| Imperial Frozen Foods Op Co LLC | Pallet Consultants of Georgia Inc | PALLE001 | 128 Prosperity Drive | Savannah | GA | 31408 | USA | Plant Overhead | 10/03/19 | $7,789.50 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 10/04/19 | $10,644.48 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 10/04/19 | $2,311.68 |
| Imperial Frozen Foods Op Co LLC | RoseASP.com | ROSEA001 | 11512 El Camino Real | San Diego | CA | 92130 | USA | IT Support | 10/04/19 | $4,149.00 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/04/19 | $69,100.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/07/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/07/19 | $1,343.81 |
| Imperial Frozen Foods Op Co LLC | Lessors Transportation | LESSO001 | 1056 Gemini Road | Eagan | MN | 55121 | USA | Freight Company | 10/07/19 | $27,815.00 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 10/08/19 | $14,615.46 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, Ll | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 10/09/19 | $75,000.00 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worceste | MA | 1610 | USA | Packer/Warehouse | 10/10/19 | $464.25 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 10/10/19 | $4,816.61 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 10/10/19 | $8,900.00 |
| Imperial Frozen Foods Op Co LLC | CAI Logistics Inc. | CAILO001 | 808 134th St. SW | Everett | WA | 98204 | USA | Freight Company | 10/10/19 | $7,150.00 |
| Imperial Frozen Foods Op Co LLC | Coloma Frozen Foods | COLOM001 | 4145 Coloma Road | Coloma | MI | 49038-8967 | USA | Packer/Warehouse | 10/10/19 | $13,693.33 |
| Imperial Frozen Foods Op Co LLC | Creative Packaging LLC | CREAT002 | PO Box 2536 | Eagle | ID | 83616 | USA | Inventory Vendor | 10/10/19 | $7,170.32 |
| Imperial Frozen Foods Op Co LLC | Daymon Worldwide Inc | DAYMO001 | PO Box 3801 | Carol Str | IL | 60132-3801 | USA | Customer Broker | 10/10/19 | $12,405.77 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Poin | GA | 30344 | USA | Temporary Staff | 10/10/19 | $10,579.58 |
| Imperial Frozen Foods Op Co LLC | Ecolab Inc | ECOLA001 | 370 Wabasha Street | St Paul | MN | 55102 | USA | Plant Overhead | 10/10/19 | $4,310.00 |
| Imperial Frozen Foods Op Co LLC | Eurofins Microbiology Laborator | EUROF001 | 2200 Rittenhouse Street, Suite 175 | Des Moir | IA | 50321 | USA | Plant Overhead | 10/10/19 | $3,420.00 |
| Imperial Frozen Foods Op Co LLC | Gulf States Cold Storage Co | GULFS001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 10/10/19 | $45,033.38 |
| Imperial Frozen Foods Op Co LLC | Holli-pac, Inc. | HOLLI001 | PO Box 239 | Holley | NY | 14470 | USA | Packer/Warehouse | 10/10/19 | $2,348.68 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/10/19 | $19,326.19 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Anto | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/10/19 | $33,413.01 |
| Imperial Frozen Foods Op Co LLC | McCall Farms | MCCAL001 | 6615 South Irby Street | Effinghar | SC | 29541 | USA | Inventory Vendor | 10/10/19 | $59,395.00 |
| Imperial Frozen Foods Op Co LLC | Pallet Consultants of Georgia Inc | PALLE001 | 128 Prosperity Drive | Savannah | GA | 31408 | USA | Plant Overhead | 10/10/19 | $4,466.00 |
| Imperial Frozen Foods Op Co LLC | Quality Assurance International | QUALI002 | 9191 Towne Centre Drive, Suite 200 | San Diego | CA | 92122 | USA | Plant Overhead | 10/10/19 | $296.00 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianap | IN | 46225 | USA | Freight Company | 10/10/19 | $1,100.00 |
| Imperial Frozen Foods Op Co LLC | UNFI Private Brands | UNFIP001 | PO Box 958844 | St Louis | MO | 63195-8844 | USA | Customer Broker | 10/10/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneap | MN | 55480-9121 | USA | Freight Company | 10/10/19 | $7,612.00 |
| Imperial Frozen Foods Op Co LLC | Fruitmark USA Inc | FRUIT005 | PO Box 1070 | Oceano | CA | 93475 | USA | Inventory Vendor | 10/10/19 | $31,750.00 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/10/19 | $3,586.75 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 10/10/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 10/10/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | Lamex Foods, Inc. | LAMEX001 | PO Box 205466 | Dallas | TX | 75320-5466 | USA | Inventory Vendor | 10/10/19 | $54,136.82 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 10/10/19 | $38,607.36 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/10/19 | $6,714.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 10/10/19 | $9,935.07 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 10/10/19 | $1,119.72 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 10/10/19 | $19,743.92 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 10/10/19 | $22,093.36 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 10/10/19 | $46,142.80 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreu | QC | J7V 8P2 | Canada | Inventory Vendor | 10/10/19 | $54,777.76 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Ar | QC | H9X 1M2 | Canada | Inventory Vendor | 10/10/19 | $40,561.15 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 10/10/19 | $18,765.87 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rocheste | NY | 14623 | USA | Inventory Vendor | 10/10/19 | $79,638.66 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/10/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 10/10/19 | $92,628.54 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segund | CA | 90245 | USA | Inventory Vendor | 10/10/19 | $75,000.00 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, Ll | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 10/10/19 | $121,446.00 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorset | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 10/10/19 | $13,256.96 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonv | CA | 95076-2470 | USA | Inventory Vendor | 10/10/19 | $41,537.66 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 10/15/19 | $24,000.00 |
| Imperial Frozen Foods Op Co LLC | Hanover Foods Corporation | HANOV001 | 1486 York Street | Hanover | PA | 17331 | USA | Inventory Vendor | 10/15/19 | $78,000.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/15/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonv | FL | 32254 | USA | Plant Overhead | 10/15/19 | $1,110.02 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/15/19 | $74,000.00 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 10/16/19 | $1,621.30 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 10/16/19 | $8,900.00 |

7 of 13

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneapolis | MN | 55480-9121 | USA | Freight Company | 10/16/19 | $8,884.00 |
| Imperial Frozen Foods Op Co LLC | CAI Logistics Inc. | CAILO001 | 808 134th St. SW | Everett | WA | 98204 | USA | Freight Company | 10/16/19 | $7,729.50 |
| Imperial Frozen Foods Op Co LLC | Coloma Frozen Foods | COLOM001 | 4145 Coloma Road | Coloma | MI | 49038-8967 | USA | Packer/Warehouse | 10/16/19 | $10,392.00 |
| Imperial Frozen Foods Op Co LLC | Direct Connect Logistix | DIREC001 | 314 W. Michigan Street | Indianapolis | IN | 46202 | USA | Freight Company | 10/16/19 | $5,254.00 |
| Imperial Frozen Foods Op Co LLC | Eurofins Microbiology Laboratory | EUROF001 | 2200 Rittenhouse Street, Suite 175 | Des Moines | IA | 50321 | USA | Plant Overhead | 10/16/19 | $2,688.00 |
| Imperial Frozen Foods Op Co LLC | Forager Logistics | FORAG001 | 401 N May Street, PH 2 | Chicago | IL | 60642 | USA | Freight Company | 10/16/19 | $9,144.00 |
| Imperial Frozen Foods Op Co LLC | Glen Rose Trading Management | GLENR001 | PO Drawer 3269 | Glen Rose | TX | 76043 | USA | Freight Company | 10/16/19 | $5,507.00 |
| Imperial Frozen Foods Op Co LLC | Gulf States Cold Storage Co | GULFS001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 10/16/19 | $69,777.35 |
| Imperial Frozen Foods Op Co LLC | Henry Crisp | CRISP001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 10/16/19 | $4,427.00 |
| Imperial Frozen Foods Op Co LLC | Jibe Staffing LLC | JIBES001 | 365 Canal Street, Suite 2425 | New Orleans | LA | 70130 | USA | Temporary Staff | 10/16/19 | $6,466.59 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/16/19 | $10,857.96 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Antonio | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/16/19 | $38,827.54 |
| Imperial Frozen Foods Op Co LLC | MegaCorp Logistics | MEGAC001 | PO Box 1050 | Wrightsville | NC | 28480 | USA | Freight Company | 10/16/19 | $5,517.50 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chicago | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 10/16/19 | $4,952.13 |
| Imperial Frozen Foods Op Co LLC | Savannah Pallets LLC | SAVAN003 | 810 Talmadge Ave | Garden City | GA | 31418 | USA | Plant Overhead | 10/16/19 | $6,580.00 |
| Imperial Frozen Foods Op Co LLC | Savannah Staffing | SAVAN001 | 7505 Waters Avenue, Suite D7 | Savannah | GA | 31406 | USA | Temporary Staff | 10/16/19 | $3,900.50 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianapolis | IN | 46225 | USA | Freight Company | 10/16/19 | $1,747.50 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 10/16/19 | $5,459.78 |
| Imperial Frozen Foods Op Co LLC | Unishippers | UNISH001 | PO Box 845686 | Boston | MA | 2284 | USA | Freight Company | 10/16/19 | $2,634.82 |
| Imperial Frozen Foods Op Co LLC | UNFI Private Brands | UNFI001 | PO Box 958844 | St Louis | MO | 63195-8844 | USA | Customer Broker | 10/16/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/16/19 | $239.10 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 10/16/19 | $1,590.11 |
| Imperial Frozen Foods Op Co LLC | Creative Packaging LLC | CREAT002 | PO Box 2536 | Eagle | ID | 83616 | USA | Inventory Vendor | 10/17/19 | $14,027.17 |
| Imperial Frozen Foods Op Co LLC | Friendly Nature USA,LLC | FRIEN001 | 1535 Seneca Avenue | Cumming | GA | 30041 | USA | Inventory Vendor | 10/17/19 | $23,570.50 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 10/17/19 | $1,000.00 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 10/17/19 | $9,025.68 |
| Imperial Frozen Foods Op Co LLC | Inn Foods Inc | INNFO001 | 310 Walker Street | Watsonville | CA | 95076 | USA | Inventory Vendor | 10/17/19 | $500.00 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/17/19 | $4,895.50 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Point | GA | 30344 | USA | Temporary Staff | 10/17/19 | $3,764.28 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/17/19 | $11,952.00 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 10/17/19 | $1,040.62 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 10/17/19 | $8,542.96 |
| Imperial Frozen Foods Op Co LLC | Consolidated Packaging Group Inc | CONSO001 | 30 Bergen Turnpike | Ridgefield | NJ | 7660 | USA | Inventory Vendor | 10/17/19 | $11,201.13 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfield | CA | 93380 | USA | Inventory Vendor | 10/17/19 | $13,588.32 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 10/17/19 | $26,588.52 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Lehigh Avenue | Whitehall | PA | 18052 | USA | Inventory Vendor | 10/17/19 | $52,483.49 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting LLC | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 10/17/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanburg | SC | 29304 | USA | Inventory Vendor | 10/17/19 | $4,850.42 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-Claire | QC | H9R1C9 | Canada | Inventory Vendor | 10/17/19 | $69,600.00 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreuil | QC | J7V 8P2 | Canada | Inventory Vendor | 10/17/19 | $34,999.68 |
| Imperial Frozen Foods Op Co LLC | Smith, Anderson, Blount, Dorsett | SMITH001 | Mitchell & Jernigan, LLP | Raleigh | NC | 27602-2611 | USA | Legal | 10/17/19 | $16,287.61 |
| Imperial Frozen Foods Op Co LLC | A&P Fruit Growers Ltd | APFRU001 | 1794, Peardonville | Abbotsford | BC | V4X 2M4 | Canada | Inventory Vendor | 10/17/19 | $40,500.00 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte Anne | QC | H9X 1M2 | Canada | Inventory Vendor | 10/17/19 | $45,238.39 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 10/17/19 | $12,965.10 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 10/17/19 | $99,060.27 |
| Imperial Frozen Foods Op Co LLC | Intercontinental Packaging Corp. | INTER002 | 42 Geiger Circle | Rochester | NY | 14612 | USA | Inventory Vendor | 10/17/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LLC | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 10/17/19 | $28,996.54 |
| Imperial Frozen Foods Op Co LLC | Reliance Foods International Inc. | RELIA001 | 549 Grand Boulevard | Ile Perrot | QC | J7V 4X4 | Canada | Inventory Vendor | 10/17/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonville | CA | 95076-2470 | USA | Inventory Vendor | 10/17/19 | $50,333.40 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Grande | TX | 78582 | USA | Inventory Vendor | 10/18/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbridge | ON | L4H 3B5 | Canada | Inventory Vendor | 10/18/19 | $25,000.00 |

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/21/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/21/19 | $1,343.81 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segundo | CA | 90245 | USA | Inventory Vendor | 10/21/19 | $400,000.00 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 10/22/19 | $14,622.54 |
| Imperial Frozen Foods Op Co LLC | Marbran USA LLC | MARBR001 | 200 South 10th Street, Suite 1104 | McAllen | TX | 78501 | USA | Inventory Vendor | 10/23/19 | $35,846.38 |
| Imperial Frozen Foods Op Co LLC | Georgia Power Company | GEORG006 | 241 Ralph McGill Blvd, NE, Bin 10124 | Atlanta | GA | 30308-3374 | USA | Plant Overhead | 10/23/19 | $12,469.51 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segundo | CA | 90245 | USA | Inventory Vendor | 10/23/19 | $57,112.09 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonville | CA | 95076-2470 | USA | Inventory Vendor | 10/23/19 | $37,828.57 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbridge | ON | L4H 3B5 | Canada | Inventory Vendor | 10/23/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Natural Food Source Inc | NATUR003 | 1139 Lehigh Avenue | Whitehall | PA | 18052 | USA | Inventory Vendor | 10/23/19 | $75,000.00 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 10/24/19 | $3,650.55 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 10/24/19 | $8,900.00 |
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneapolis | MN | 55480-9121 | USA | Freight Company | 10/24/19 | $6,330.00 |
| Imperial Frozen Foods Op Co LLC | CAI Logistics Inc. | CAILO001 | 808 134th St. SW | Everett | WA | 98204 | USA | Freight Company | 10/24/19 | $5,515.50 |
| Imperial Frozen Foods Op Co LLC | Creative Packaging LLC | CREAT002 | PO Box 2536 | Eagle | ID | 83616 | USA | Inventory Vendor | 10/24/19 | $10,157.40 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 10/24/19 | $7,220.94 |
| Imperial Frozen Foods Op Co LLC | Jibe Staffing LLC | JIBES001 | 365 Canal Street, Suite 2425 | New Orleans | LA | 70130 | USA | Temporary Staff | 10/24/19 | $5,567.09 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/24/19 | $17,625.85 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - San Antonio | LINEA002 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 10/24/19 | $30,960.96 |
| Imperial Frozen Foods Op Co LLC | Motion Industries Inc | MOTIO001 | 1605 Alton Road | Birmingham | AL | 35210 | USA | Plant Overhead | 10/24/19 | $3,774.55 |
| Imperial Frozen Foods Op Co LLC | PJ IMPEX | PJIMP001 | 5532 Saint Patrick, Suite 300 | Montreal | QC | H4E 1A8 | Canada | Inventory Vendor | 10/24/19 | $43,016.95 |
| Imperial Frozen Foods Op Co LLC | Savannah Staffing | SAVAN001 | 7505 Waters Avenue, Suite D7 | Savannah | GA | 31406 | USA | Temporary Staff | 10/24/19 | $9,121.97 |
| Imperial Frozen Foods Op Co LLC | Smurfit Kappa Bates | SMURF001 | Mail Code 5185 | Dallas | TX | 75266 | USA | Inventory Vendor | 10/24/19 | $6,998.71 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianapolis | IN | 46225 | USA | Freight Company | 10/24/19 | $2,855.00 |
| Imperial Frozen Foods Op Co LLC | UNFI Private Brands | UNFIP001 | PO Box 958844 | St Louis | MO | 63195-8844 | USA | Customer Broker | 10/24/19 | $50,366.50 |
| Imperial Frozen Foods Op Co LLC | Unishippers | UNISH001 | PO Box 845686 | Boston | MA | 2284 | USA | Freight Company | 10/24/19 | $4,517.92 |
| Imperial Frozen Foods Op Co LLC | Videojet Technologies Inc | VIDEO001 | 1500 Mittel Boulevard | Wood Dale | IL | 60191 | USA | Plant Overhead | 10/24/19 | $12,037.10 |
| Imperial Frozen Foods Op Co LLC | VM-3 Services | VM3SE001 | PO Box 593045 | San Antonio | TX | 78259 | USA | Plant Overhead | 10/24/19 | $4,118.42 |
| Imperial Frozen Foods Op Co LLC | Active Berry Packers LLC | ACTIV001 | 752 Loomis Trail Road | Lynden | WA | 98264 | USA | Inventory Vendor | 10/24/19 | $7,000.00 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 10/24/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Graceland Fruit Inc | GRACE001 | PO Box 645688 | Pittsburg | PA | 15264-5688 | USA | Inventory Vendor | 10/24/19 | $7,000.00 |
| Imperial Frozen Foods Op Co LLC | InterAmerican Quality Foods, Inc | INTER001 | 306 W. Rhapsody | San Antonio | TX | 78216 | USA | Inventory Vendor | 10/24/19 | $12,825.00 |
| Imperial Frozen Foods Op Co LLC | Quebec Wild Blueberries Inc | QUEBE001 | 698, rue Melancon | St-Bruno | QC | G0W 2L0 | Canada | Inventory Vendor | 10/24/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Val-Mex Frozen Foods | VALME001 | 14607 San Pedro Ave. | San Antonio | TX | 78232 | USA | Inventory Vendor | 10/24/19 | $26,654.08 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfield | CA | 93380 | USA | Inventory Vendor | 10/24/19 | $55,521.84 |
| Imperial Frozen Foods Op Co LLC | American Film and Printing Ltd | AMERI003 | 502 E Shelton | Alvarado | TX | 76009 | USA | Inventory Vendor | 10/24/19 | $18,223.92 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/24/19 | $7,513.00 |
| Imperial Frozen Foods Op Co LLC | Berry Global, Inc | BERRY001 | 101 Oakley Street | Evansville | IN | 47706 | USA | Inventory Vendor | 10/24/19 | $17,812.16 |
| Imperial Frozen Foods Op Co LLC | Consolidated Packaging Group Inc | CONSO001 | 30 Bergen Turnpike | Ridgefield | NJ | 7660 | USA | Inventory Vendor | 10/24/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Point | GA | 30344 | USA | Temporary Staff | 10/24/19 | $3,059.24 |
| Imperial Frozen Foods Op Co LLC | Empacadora Gab Inc | EMPAC001 | 9330 San Mateo Drive | Laredo | TX | 78045 | USA | Inventory Vendor | 10/24/19 | $40,000.00 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Grande | TX | 78582 | USA | Inventory Vendor | 10/24/19 | $44,552.40 |
| Imperial Frozen Foods Op Co LLC | Lamex Foods, Inc. | LAMEX001 | PO Box 205466 | Dallas | TX | 75320-5466 | USA | Inventory Vendor | 10/24/19 | $25,840.00 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreuil | QC | J7V 8P2 | Canada | Inventory Vendor | 10/24/19 | $262,130.07 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 10/24/19 | $7,117.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting LL | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 10/24/19 | $11,790.51 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Antonio | TX | 78209 | USA | Temporary Staff | 10/24/19 | $1,887.00 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanburg | SC | 29304 | USA | Inventory Vendor | 10/24/19 | $12,752.15 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 10/24/19 | $8,160.58 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-Claire | QC | H9R1C9 | Canada | Inventory Vendor | 10/24/19 | $74,733.18 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LL | NATUR001 | 9450 Corkscrew Palms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 10/24/19 | $100,800.00 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/24/19 | $42,374.60 |
| Imperial Frozen Foods Op Co LLC | AlexIngredients Inc. | ALEXI001 | 113 Rue Sainte-Anne | Sainte An | QC | H9X 1M2 | Canada | Inventory Vendor | 10/24/19 | $194,348.68 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 10/24/19 | $18,488.48 |
| Imperial Frozen Foods Op Co LLC | B and B Packaging Inc | BBPAC001 | 42 Geiger Circle | Rochester | NY | 14612 | USA | Inventory Vendor | 10/24/19 | $8,248.60 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rochester | NY | 14623 | USA | Inventory Vendor | 10/24/19 | $18,681.96 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 10/24/19 | $195,399.55 |
| Imperial Frozen Foods Op Co LLC | Fruitrade International Inc | FRUIT002 | 3638 Lakeshore Blvd W | Toronto | ON | M8W 1N6 | Canada | Inventory Vendor | 10/24/19 | $91,478.50 |
| Imperial Frozen Foods Op Co LLC | Intercontinental Packaging Corp. | INTER002 | 42 Geiger Circle | Rochester | NY | 14612 | USA | Inventory Vendor | 10/24/19 | $9,418.73 |
| Imperial Frozen Foods Op Co LLC | Berry Global, Inc | BERRY001 | 101 Oakley Street | Evansville | IN | 47706 | USA | Inventory Vendor | 10/25/19 | $499.37 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/25/19 | $36,577.71 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 10/28/19 | $26,730.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 10/28/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 10/30/19 | $4,395.45 |
| Imperial Frozen Foods Op Co LLC | Georgia Power Company | GEORG006 | 241 Ralph McGill Blvd, NE, Bin 1012 | Atlanta | GA | 30308-3374 | USA | Plant Overhead | 10/30/19 | $483.55 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 10/30/19 | $311,461.37 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Point | GA | 30344 | USA | Temporary Staff | 10/31/19 | $4,254.00 |
| Imperial Frozen Foods Op Co LLC | Pallet Consultants of Georgia Inc | PALLE001 | 128 Prosperity Drive | Savannah | GA | 31408 | USA | Plant Overhead | 10/31/19 | $1,058.00 |
| Imperial Frozen Foods Op Co LLC | NC Triangle Investment LLC | NCTRI001 | Fidelity Bank: Acct 1611011416 | Raleigh | NC | 27609 | USA | Corporate Rent | 10/31/19 | $15,523.13 |
| Imperial Frozen Foods Op Co LLC | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Employee Benefits | 10/31/19 | $114,072.99 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insuran | NATIO007 | 1100 Locust St. | Des Moin | IA | 50391-3015 | USA | Workers Comp Insurance | 10/31/19 | $35,220.38 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 10/31/19 | $2,592.55 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 10/31/19 | $18,972.81 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 10/31/19 | $865.28 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 10/31/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Bonduelle USA Inc | BONDU001 | 100 Corporate Woods, Suite 210 | Rochester | NY | 14623 | USA | Inventory Vendor | 10/31/19 | $40,700.30 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segund | CA | 90245 | USA | Inventory Vendor | 10/31/19 | $47,827.51 |
| Imperial Frozen Foods Op Co LLC | Naturipe Value Added Foods, LL | NATUR001 | 9450 Corkscrew Farms Circle | Estero | FL | 33928 | USA | Inventory Vendor | 10/31/19 | $75,000.00 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbri | ON | L4H 3B5 | Canada | Inventory Vendor | 10/31/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | Elite Spice, Inc. | ELITE001 | P.O. Box 781025 | Philadelp | PA | 19178 | USA | Inventory Vendor | 11/01/19 | $17,170.55 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/04/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/04/19 | $1,343.81 |
| Imperial Frozen Foods Op Co LLC | Superior Foods Inc | SUPER004 | 275 Westgate Drive | Watsonvi | CA | 95076-2470 | USA | Inventory Vendor | 11/04/19 | $577.44 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 11/05/19 | $22,638.75 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 11/05/19 | $8,148.00 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 11/05/19 | $12,298.18 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worceste | MA | 1610 | USA | Packer/Warehouse | 11/07/19 | $1,522.40 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 11/07/19 | $2,736.58 |
| Imperial Frozen Foods Op Co LLC | Creative Packaging LLC | CREAT002 | PO Box 2536 | Eagle | ID | 83616 | USA | Inventory Vendor | 11/07/19 | $17,034.03 |
| Imperial Frozen Foods Op Co LLC | Dickinson Frozen Foods | DICKI001 | 1205 E Iron Eagle Drive | Eagle | ID | 83616 | USA | Inventory Vendor | 11/07/19 | $24,033.44 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 11/07/19 | $2,255.98 |
| Imperial Frozen Foods Op Co LLC | Friendly Nature USA,LLC | FRIEN001 | 1535 Seneca Avenue | Cumming | GA | 30041 | USA | Inventory Vendor | 11/07/19 | $20,069.50 |
| Imperial Frozen Foods Op Co LLC | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7458 | USA | Employee Benefits | 11/07/19 | $17,192.33 |
| Imperial Frozen Foods Op Co LLC | Gulf States Cold Storage Co | GULFS001 | 193 Basket Factory Drive | Americus | GA | 31709 | USA | Packer/Warehouse | 11/07/19 | $14,322.15 |
| Imperial Frozen Foods Op Co LLC | Holley Cold Storage | HOLLE001 | PO Box 359 | Holley | NY | 14470 | USA | Packer/Warehouse | 11/07/19 | $1,610.64 |
| Imperial Frozen Foods Op Co LLC | Inn Foods Inc | INNFO001 | 310 Walker Street | Watsonvi | CA | 95076 | USA | Inventory Vendor | 11/07/19 | $19,139.80 |
| Imperial Frozen Foods Op Co LLC | National Frozen Foods Corporati | NATIO006 | 1600 Fairview Avenue E, 2nd Floor | Seattle | WA | 98102 | USA | Inventory Vendor | 11/07/19 | $20,671.58 |
| Imperial Frozen Foods Op Co LLC | Pallet Consultants of Georgia Inc | PALLE001 | 128 Prosperity Drive | Savannah | GA | 31408 | USA | Plant Overhead | 11/07/19 | $2,233.00 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE002 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 11/07/19 | $3,287.60 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 11/07/19 | $17,082.12 |
| Imperial Frozen Foods Op Co LLC | Daymon Worldwide Inc | DAYMO001 | PO Box 3801 | Carol Stre | IL | 60132-3801 | USA | Customer Broker | 11/07/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging & Converting L | SIERR001 | 11005 Stead Boulevard | Reno | NV | 89506 | USA | Inventory Vendor | 11/07/19 | $25,547.28 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Val-Mex Frozen Foods | VALME001 | 14607 San Pedro Ave. | San Anto | TX | 78232 | USA | Inventory Vendor | 11/07/19 | $48,100.00 |
| Imperial Frozen Foods Op Co LLC | Berry Global, Inc | BERRY001 | 101 Oakley Street | Evansvill | IN | 47706 | USA | Inventory Vendor | 11/07/19 | $25,958.85 |
| Imperial Frozen Foods Op Co LLC | Consolidated Packaging Group I | CONSO001 | 30 Bergen Turnpike | Ridgefiel | NJ | 7660 | USA | Inventory Vendor | 11/07/19 | $6,282.98 |
| Imperial Frozen Foods Op Co LLC | La Hacienda Frozen Foods Inc | LAHAC001 | 309 Pete Diaz Jr. Ave. | Rio Gran | TX | 78582 | USA | Inventory Vendor | 11/07/19 | $42,000.00 |
| Imperial Frozen Foods Op Co LLC | MB Global Foods Inc | MBGLO001 | 2540 Chemin de la Petite Riviere | Vaudreu | QC | J7V 8P2 | Canada | Inventory Vendor | 11/07/19 | $60,800.00 |
| Imperial Frozen Foods Op Co LLC | P B 102,000 LLC | PB102001 | PO Box 16058 | Savannal | GA | 31416 | USA | Packer/Warehouse | 11/07/19 | $9,624.36 |
| Imperial Frozen Foods Op Co LLC | SNL Staffing Solutions Inc | SNLST001 | 8301 Broadway Suite 407 | San Anto | TX | 78209 | USA | Temporary Staff | 11/07/19 | $1,109.32 |
| Imperial Frozen Foods Op Co LLC | Southeastern Paper Group | SOUTH006 | PO Box 6220 | Spartanb | SC | 29304 | USA | Inventory Vendor | 11/07/19 | $24,184.60 |
| Imperial Frozen Foods Op Co LLC | VLM Food Trading International | VLMFO001 | 52 Hymus Boulevard | Pointe-C | QC | H9R1C9 | Canada | Inventory Vendor | 11/07/19 | $32,791.05 |
| Imperial Frozen Foods Op Co LLC | RoseASP.com | ROSEA001 | 11512 El Camino Real | San Dieg | CA | 92130 | USA | IT Support | 11/07/19 | $4,184.00 |
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segun | CA | 90245 | USA | Inventory Vendor | 11/07/19 | $76,700.03 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 11/07/19 | $66,014.93 |
| Imperial Frozen Foods Op Co LLC | AMPAC | AMPAC001 | 25366 Network Place | Chicago | IL | 60673-1253 | USA | Inventory Vendor | 11/07/19 | $21,911.82 |
| Imperial Frozen Foods Op Co LLC | B and B Packaging Inc | BBPAC001 | 42 Geiger Circle | Rocheste | NY | 14612 | USA | Inventory Vendor | 11/07/19 | $10,208.65 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 11/07/19 | $41,105.00 |
| Imperial Frozen Foods Op Co LLC | Sun Mark Foods Ltd. | SUNMA001 | 303 Vaughan Valley Boulevard | Woodbri | ON | L4H 3B5 | Canada | Inventory Vendor | 11/07/19 | $25,000.00 |
| Imperial Frozen Foods Op Co LLC | TRANSPORT EXPRESS LLC | TRANS001 | 3275 Mike Collins Drive | Eagan | MN | 55121 | USA | Freight Company | 11/12/19 | $10,599.00 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/12/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 11/13/19 | $1,526.10 |
| Imperial Frozen Foods Op Co LLC | 3M Company | 3MCOM001 | PO Box 844127 | Dallas | TX | 75284-4127 | USA | Plant Overhead | 11/15/19 | $9,352.83 |
| Imperial Frozen Foods Op Co LLC | A and D Cold Storage Inc | ADCOL001 | 512 Southbridge Street | Worceste | MA | 1610 | USA | Packer/Warehouse | 11/15/19 | $1,700.40 |
| Imperial Frozen Foods Op Co LLC | Aramark Uniform Services | ARAMA001 | PO Box 731676 | Dallas | TX | 75373-1676 | USA | Plant Overhead | 11/15/19 | $4,069.61 |
| Imperial Frozen Foods Op Co LLC | Armstrong | ARMST001 | PO Box 150370 | Ogden | UT | 84415-0370 | USA | Freight Company | 11/15/19 | $11,653.50 |
| Imperial Frozen Foods Op Co LLC | C.H. Robinson | CHRO001 | PO Box 9121 | Minneap | MN | 55480-9121 | USA | Freight Company | 11/15/19 | $10,107.00 |
| Imperial Frozen Foods Op Co LLC | CAI Logistics Inc. | CAILO001 | 808 134th St. SW | Everett | WA | 98204 | USA | Freight Company | 11/15/19 | $9,066.31 |
| Imperial Frozen Foods Op Co LLC | Ecolab Inc | ECOLA001 | 370 Wabasha Street | St Paul | MN | 55102 | USA | Plant Overhead | 11/15/19 | $1,206.23 |
| Imperial Frozen Foods Op Co LLC | Eurofins Microbiology Laborator | EUROF001 | 2200 Rittenhouse Street, Suite 175 | Des Moin | IA | 50321 | USA | Plant Overhead | 11/15/19 | $5,243.00 |
| Imperial Frozen Foods Op Co LLC | Fox Packaging | FOXPA001 | P.O. Box 2288 | McAllen | TX | 78502 | USA | Inventory Vendor | 11/15/19 | $2,496.55 |
| Imperial Frozen Foods Op Co LLC | Iconotech | ICONO001 | 2 Heritage Park Road | Clinton | CT | 6413 | USA | Plant Overhead | 11/15/19 | $6,986.55 |
| Imperial Frozen Foods Op Co LLC | Jibe Staffing LLC | JIBES001 | 365 Canal Street, Suite 2425 | New Orle | LA | 70130 | USA | Temporary Staff | 11/15/19 | $5,275.05 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonv | FL | 32254 | USA | Plant Overhead | 11/15/19 | $7,974.63 |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics LLC - McAllen | LINEA001 | 46500 Humboldt Drive | Novi | MI | 48377 | USA | Packer/Warehouse | 11/15/19 | $11,676.47 |
| Imperial Frozen Foods Op Co LLC | Nationwide Agribusiness Insurar | NATIO007 | 1100 Locust St. | Des Moin | IA | 50391-3015 | USA | Workers Comp Insurance | 11/15/19 | $198.27 |
| Imperial Frozen Foods Op Co LLC | Pallet Consultants of Georgia Inc | PALLE001 | 128 Prosperity Drive | Savannal | GA | 31408 | USA | Plant Overhead | 11/15/19 | $1,838.00 |
| Imperial Frozen Foods Op Co LLC | Preferred Freezer Services of Chi | PREFE001 | 2357 S Wood Street | Chicago | IL | 60608 | USA | Packer/Warehouse | 11/15/19 | $2,659.85 |
| Imperial Frozen Foods Op Co LLC | Spot Freight Inc | SPOTF001 | 141 S Meridian St. | Indianap | IN | 46225 | USA | Freight Company | 11/15/19 | $6,570.50 |
| Imperial Frozen Foods Op Co LLC | VM-3 Services | VM3SE001 | PO Box 593045 | San Anto | TX | 78259 | USA | Plant Overhead | 11/15/19 | $4,762.93 |
| Imperial Frozen Foods Op Co LLC | Coloma Frozen Foods | COLOM001 | 4145 Coloma Road | Coloma | MI | 49038-8967 | USA | Packer/Warehouse | 11/15/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Grimmway Frozen Foods | GRIMM001 | P.O. Box 81498 | Bakersfie | CA | 93380 | USA | Inventory Vendor | 11/15/19 | $47,000.00 |
| Imperial Frozen Foods Op Co LLC | TRANSPORT EXPRESS LLC | TRANS001 | 3275 Mike Collins Drive | Eagan | MN | 55121 | USA | Freight Company | 11/15/19 | $32,498.70 |
| Imperial Frozen Foods Op Co LLC | Val-Mex Frozen Foods | VALME001 | 14607 San Pedro Ave. | San Anto | TX | 78232 | USA | Inventory Vendor | 11/15/19 | $45,000.00 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 11/15/19 | $7,088.50 |
| Imperial Frozen Foods Op Co LLC | Business Ready Solutions LLC | BUSIN001 | 100 Capitola Drive, Suite 107 | Durham | NC | 27713 | USA | IT Support | 11/15/19 | $8,470.07 |
| Imperial Frozen Foods Op Co LLC | Diverse Staffing | DIVER001 | 1514 E Cleveland Avenue, Suite 120 | East Poin | GA | 30344 | USA | Temporary Staff | 11/15/19 | $5,067.58 |
| Imperial Frozen Foods Op Co LLC | Mulder Brothers Brokerage | MULDE001 | 1936 Transport Lane | Holland | MI | 49423 | USA | Freight Company | 11/15/19 | $10,019.20 |
| Imperial Frozen Foods Op Co LLC | Victory Packaging LP | VICTO001 | 3555 Timmons Lane, Suite 1440 | Houston | TX | 77027 | USA | Inventory Vendor | 11/15/19 | $28,798.96 |
| Imperial Frozen Foods Op Co LLC | Rodrigo Troni | TRONI001 | 2823 Plantation Road | Charlotte | NC | 28270 | USA | Temporary Staff | 11/15/19 | $8,837.21 |
| Imperial Frozen Foods Op Co LLC | Saul Ewing Arnstein & Lehr | SAULE001 | 500 E Pratt Street, Suite 900 | Baltimor | MD | 21202-3133 | USA | Legal | 11/15/19 | $10,000.00 |
| Imperial Frozen Foods Op Co LLC | Lift Power Inc | LIFTP001 | 6801 Suemac Place | Jacksonv | FL | 32254 | USA | Plant Overhead | 11/15/19 | $1,110.02 |
| Imperial Frozen Foods Op Co LLC | Eckert Cold Storage Co | ECKER001 | 905 Clough Road | Escalon | CA | 95320 | USA | Inventory Vendor | 11/15/19 | $83,000.00 |
| Imperial Frozen Foods Op Co LLC | Expor San Antonio | EXPOR003 | PMB 550 | Roswell | GA | 30076-1474 | USA | Inventory Vendor | 11/15/19 | $46,984.67 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | FreshTech, Inc. | FRESH003 | 2361 Rosecrans Street, Suite 336 | El Segundo | CA | 90245 | USA | Inventory Vendor | 11/15/19 | $56,171.74 |
| Imperial Frozen Foods Op Co LLC | Superior Foods International LLC | SUPER003 | 275 Westgate Drive | Watsonville | CA | 95076-2470 | USA | Inventory Vendor | 11/15/19 | $262,050.62 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/18/19 | $239.10 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/18/19 | $170.57 |
| Imperial Frozen Foods Op Co LLC | Flores & Associates | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1397 | USA | Employee Benefits | 11/18/19 | $1,343.81 |
| Imperial Frozen Foods Op Co LLC | AMST | AMSTX001 | 1936  Transport Lane | Holland | MI | 49423 | USA | Freight Company | 11/19/19 | $2,775.00 |
| Imperial Frozen Foods Op Co LLC | TRANSPORT EXPRESS LLC | TRANS001 | 3275 Mike Collins Drive | Eagan | MN | 55121 | USA | Freight Company | 11/19/19 | $12,000.00 |
| Imperial Frozen Foods Op Co LLC | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Employee Benefits | 11/19/19 | $13,775.13 |
| Imperial Frozen Foods Op Co LLC | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Employee Benefits | 11/20/19 | $124,611.87 |
| Imperial Frozen Foods Op Co LLC | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7458 | USA | Employee Benefits | 11/20/19 | $18,264.53 |
| Imperial Frozen Foods Op Co LLC | TenPlus Systems | TENPL001 | PO Box 33490 | Raleigh | NC | 27636-3490 | USA | IT Support | 11/20/19 | $5,817.00 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/23/19 | $161,700.81 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/23/19 | $62,825.01 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/23/19 | $2,206.70 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/23/19 | $973.39 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/31/19 | $62,343.43 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/31/19 | $18,390.17 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/31/19 | $354.90 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 08/31/19 | $1,174.39 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/05/19 | $159,689.14 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/05/19 | $61,566.24 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/05/19 | $894.25 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/05/19 | $1,174.39 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/12/19 | $1,006.16 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/13/19 | $41,505.45 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/13/19 | $11,560.14 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/13/19 | $363.30 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/20/19 | $450.30 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/20/19 | $61,426.41 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/20/19 | $162,529.51 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/20/19 | $1,047.01 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/26/19 | $2,201.30 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/26/19 | $18,625.23 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/26/19 | $64,758.48 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 09/27/19 | $862.63 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/03/19 | $845.50 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/03/19 | $61,642.95 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/03/19 | $168,146.48 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/04/19 | $814.45 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/04/19 | $1,998.58 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/10/19 | $403.30 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/10/19 | $17,939.48 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/10/19 | $61,657.32 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/11/19 | $819.94 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/17/19 | $495.60 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/17/19 | $62,037.74 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/17/19 | $170,092.28 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/24/19 | $2,230.90 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/24/19 | $26,214.93 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/24/19 | $85,515.54 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | 10/31/19 | $850.60 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Debtor Name | Creditor Name | Vendor # | Address1 | City | State | Zip | Country | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 10/31/19 | $56,624.54 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 10/31/19 | $156,808.60 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/07/19 | $18,898.47 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/07/19 | $355.85 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/07/19 | $819.94 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/07/19 | $64,930.00 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/14/19 | $489.15 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/14/19 | $62,933.78 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/14/19 | $170,206.03 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/15/19 | $1,136.10 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/20/19 | $1,726.00 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/20/19 | $18,086.24 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/20/19 | $28,454.55 |
| Imperial Frozen Foods Op Co LLC | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsb | PA | 15317 | USA | Payroll | 11/20/19 | $384,490.91 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Debtor Name | Insider Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Pay Date 1 | 11/29/2018 | $ 245,866.74 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - Pay Date 12/7/18 | 12/6/2018 | $ 90,670.65 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Pay Date 1 | 12/19/2018 | $ 252,542.63 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - Pay Date 12/21/18 | 12/20/2018 | $ 87,691.11 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Pay Date 1 | 12/27/2018 | $ 249,515.54 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - Pay Date 1/4/19 | 1/3/2019 | $ 68,937.66 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Pay Date 1 | 1/10/2019 | $ 265,981.00 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - Pay Date 1/18/19 | 1/17/2019 | $ 84,221.09 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Pay Date 1 | 1/24/2019 | $ 262,321.39 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 2/1/19 | 1/31/2019 | $ 80,045.25 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 2/8/19 | 2/7/2019 | $ 229,621.30 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 2/15/19 | 2/14/2019 | $ 62,749.92 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 2/22/19 | 2/21/2019 | $ 228,103.35 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 3/1/19 | 2/28/2019 | $ 72,022.29 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 3/8/19 | 3/7/2019 | $ 230,897.18 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 3/15/19 | 3/14/2019 | $ 68,450.66 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 3/22/19 | 3/21/2019 | $ 235,132.98 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 3/29/19 | 3/28/2019 | $ 66,380.24 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 4/5/19 | 4/4/2019 | $ 243,348.80 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Salaried Payroll - Missed EE Payroll 4/5 | 4/4/2019 | $ 2,886.24 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 4/12/19 | 4/11/2019 | $ 76,443.54 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 4/19/19 | 4/18/2019 | $ 245,049.26 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 4/26/19 | 4/25/2019 | $ 76,607.49 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 5/3/19 | 5/2/2019 | $ 258,839.49 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 5/10/19 | 5/9/2019 | $ 74,544.21 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 5/17/19 | 5/16/2019 | $ 253,567.73 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 5/24/19 | 5/23/2019 | $ 75,686.18 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly and Salaried Payroll - 5/31/19 | 5/30/2019 | $ 229,157.87 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 6/7/19 | 6/6/2019 | $ 76,392.38 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 6/14/19 | 6/13/2019 | $ 231,267.07 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 6/21/19 | 6/20/2019 | $ 76,167.80 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 6/28/19 | 6/27/2019 | $ 246,946.22 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 7/5/19 | 7/3/2019 | $ 93,054.40 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 7/12/19 | 7/11/2019 | $ 222,406.94 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 7/19/19 | 7/18/2019 | $ 84,511.94 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 7/26/19 | 7/25/2019 | $ 224,595.26 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 8/2/19 | 8/1/2019 | $ 82,965.30 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 8/9/19 | 8/8/2019 | $ 230,466.13 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 8/16/19 | 8/15/2019 | $ 86,198.29 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 8/23/19 | 8/22/2019 | $ 228,492.32 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 8/30/19 | 8/29/2019 | $ 82,411.76 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 9/6/19 | 9/5/2019 | $ 224,288.96 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 9/13/19 | 9/12/2019 | $ 54,763.39 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 9/20/19 | 9/19/2019 | $ 226,376.37 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 9/27/19 | 9/26/2019 | $ 86,775.98 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 10/4/19 | 10/3/2019 | $ 232,569.32 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Missed EE Payroll - 10/4/19 | 10/4/2019 | $ 2,813.03 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 10/11/19 | 10/10/2019 | $ 81,136.56 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 10/18/19 | 10/17/2019 | $ 234,405.90 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 10/25/19 | 10/24/2019 | $ 115,097.83 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried  Payroll - 11/1/19 | 10/31/2019 | $ 215,837.86 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly Payroll - 11/8/19 | 11/7/2019 | $ 85,185.39 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - 11/15/19 | 11/14/2019 | $ 235,047.70 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Contracted Vacation Payout | 11/20/2019 | $ 48,266.79 |
| Imperial Frozen Foods Op Co, LL | Sentric Inc | SENTR002 | 2400 Ansys Drive, Suite 101 | Canonsburg | PA | 15317 | USA | Payroll | Weekly & Salaried Payroll - Final Payro | 11/21/2019 | $ 385,952.33 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Debtor Name | Insider Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance December 2018 | 12/1/2018 | $ 106,095.46 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance November 2018 | 11/1/2018 | $ 136,295.51 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance December 2019 | 11/22/2019 | $124,611.87 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance November 2019 | 11/1/2019 | $114,072.99 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance October 2019 | 10/1/2019 | $116,338.81 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance September 2019 | 9/1/2019 | $115,229.66 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance August 2019 | 8/1/2019 | $115,751.14 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance July 2019 | 7/1/2019 | $112,076.68 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance June 2019 | 6/1/2019 | $112,136.84 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance May 2019 | 5/1/2019 | $118,660.57 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance April 2019 | 4/1/2019 | $119,231.26 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance March 2019 | 3/1/2019 | $113,372.96 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance February 2019 | 2/1/2019 | $119,231.26 |
| Imperial Frozen Foods Op Co, LL | BCBSNC | BCBSN001 | 4615 University Drive | Durham | NC | 27707 | USA | Medical Health Insurance | Health Insurance January 2019 | 1/1/2019 | $123,810.58 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance December 2018 | 12/1/2018 | $16,503.44 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance November 2018 | 11/1/2018 | $20,699.53 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance December 2019 | 12/1/2019 | $18,264.53 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance November 2019 | 11/1/2019 | $17,192.33 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance October 2019 | 10/1/2019 | $19,883.33 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance September 2019 | 9/1/2019 | $13,939.47 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance August 2019 | 8/1/2019 | $18,429.59 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance July 2019 | 7/1/2019 | $18,530.14 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance June 2019 | 6/1/2019 | $17,380.32 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance May 2019 | 5/1/2019 | $18,253.79 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance April 2019 | 4/1/2019 | $18,637.67 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance March 2019 | 3/1/2019 | $17,895.50 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance February 2019 | 2/1/2019 | $17,054.29 |
| Imperial Frozen Foods Op Co, LL | Guardian | GUARD001 | PO Box 677458 | Dallas | TX | 75267-7 | USA | Dental, Vision, Ancillary Ins | Health Insurance January 2019 | 1/1/2019 | $20,871.60 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 12/1/2018 | $203.85 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 11/1/2019 | $175.60 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 11/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 10/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 9/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 8/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 7/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 6/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 5/1/2019 | $239.10 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 4/1/2019 | $244.35 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 3/1/2019 | $244.35 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 2/1/2019 | $244.35 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | FSA Account & COBRA Fees | Flexible Spending Account Admin Fees | 1/1/2019 | $244.35 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/28/2018 | $81.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/21/2018 | $81.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/14/2018 | $81.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/7/2018 | $81.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/30/2018 | $66.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/23/2018 | $66.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/16/2018 | $66.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/9/2018 | $66.67 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/22/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/15/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/8/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/1/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/25/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/18/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/11/2019 | $170.57 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Debtor Name | Insider Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/4/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/27/2019 | $170.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/20/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/13/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/6/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/30/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/23/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/16/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/9/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/2/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 7/26/2019 | $185.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 7/19/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 7/12/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 7/5/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 6/26/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 6/21/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 6/14/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 6/7/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 5/31/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 5/24/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 5/17/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 5/10/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 5/3/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 4/26/2019 | $230.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 4/19/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 4/12/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 4/5/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 3/29/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 3/22/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 3/15/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 3/8/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 3/1/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 2/22/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 2/15/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 2/8/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 2/1/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 1/25/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 1/18/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 1/11/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Weekly FSA Reimbursement | Flexible Spending Reimbursements | 1/4/2019 | $245.57 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/28/2018 | $1,189.14 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 12/14/2018 | $1,089.14 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/30/2018 | $1,089.14 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/16/2018 | $1,089.14 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/22/2019 | $1,343.81 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/15/2019 | $1,343.81 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 11/1/2019 | $1,343.81 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/18/2019 | $1,343.81 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 10/4/2019 | $1,343.81 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/20/2019 | $1,436.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 9/6/2019 | $1,436.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/23/2019 | $1,436.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 8/9/2019 | $1,436.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursement | Flexible Spending Reimbursements | 7/26/2019 | $1,536.12 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Debtor Name | Insider Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 7/12/2019 | $1,536.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 6/28/2019 | $1,728.42 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Negative Balance Catch-up | Flexible Spending Reimbursements | 6/11/2019 | $500.00 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 6/14/2019 | $1,728.42 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 5/31/2019 | $1,728.42 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 5/17/2019 | $1,832.27 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 5/3/2019 | $1,832.27 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 4/19/2019 | $1,802.27 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 4/5/2019 | $1,906.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 3/22/2019 | $1,906.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Negative Balance Catch-up | Flexible Spending Reimbursements | 3/15/2019 | $2,000.00 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 3/8/2019 | $1,906.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 2/22/2019 | $1,906.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 2/8/2019 | $1,906.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 1/25/2019 | $1,976.12 |
| Imperial Frozen Foods Op Co, LL | Flores & Associate | FLORE002 | P.O. Box 31397 | Charlotte | NC | 28231-1 | USA | Bi-weekly FSA Reimbursem | Flexible Spending Reimbursements | 1/11/2019 | $1,976.12 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 11/22/2019 | $22,182.02 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 11/15/2019 | $13,775.13 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 11/8/2019 | $1,526.10 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 11/1/2019 | $12,298.18 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 10/25/2019 | $4,395.45 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 10/18/2019 | $14,622.54 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 10/11/2019 | $1,590.11 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 10/4/2019 | $14,615.45 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 9/20/2019 | $14,924.45 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 9/13/2019 | $1,132.68 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 9/6/2019 | $14,569.51 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 8/30/2019 | $1,487.39 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 8/23/2019 | $14,633.35 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 8/16/2019 | $1,599.38 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 8/9/2019 | $14,892.04 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 7/16/2019 | $15,558.21 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 7/19/2019 | $1,612.99 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 7/5/2019 | $1,566.38 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 6/28/2019 | $15,276.60 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 6/21/2019 | $1,458.36 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 6/14/2019 | $15,194.11 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 6/7/2019 | $1,478.28 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 5/31/2019 | $12,283.33 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 5/24/2019 | $1,629.93 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 5/17/2019 | $13,271.81 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 5/10/2019 | $1,854.23 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 5/3/2019 | $13,570.82 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 4/26/2019 | $1,875.02 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 4/19/2019 | $13,538.00 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 4/12/2019 | $1,925.22 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 4/5/2019 | $13,905.56 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 3/29/2019 | $1,759.93 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 3/22/2019 | $13,841.85 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 3/15/2019 | $1,840.28 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 3/8/2019 | $13,935.54 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 3/1/2019 | $1,850.99 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 2/22/2019 | $21,466.70 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 2/15/2019 | $1,811.35 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 2/8/2019 | $22,934.15 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 2/1/2019 | $2,177.44 |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Debtor Name | Insider Name | Vendor # | Address1 | City | State | Zip | Country | Relationship to Debtor | Reasons for payment or transfer | Dates of Payments | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 1/25/2019 | $22,969.76 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 1/18/2019 | $2,157.20 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 1/11/2019 | $17,067.37 |
| Imperial Frozen Foods Op Co, LL | Mass Mutual | MASSM001 | 4000 Westchase Blvd #400 | Raleigh | NC | 27607 | USA | Retirement | 401(k) | 1/4/2019 | $1,979.37 |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 3, Question 7  - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case

| SOFA Part 3, Question 7  - Legal actions, administrative proceedings, etc. to which the debtor is or was a party within one year of commencement of this case | | | | |
| --- | --- | --- | --- | --- |
| Debtor Name | Case Title and Case Number | Nature of Case | Court or Agency and Location | Status of Case |
| Imperial Frozen Foods Op Co LLC | Westbury 3 LLC v Imperial Frozen Foods Op Co LLC, 2:18-CV-01782-ACA | Asset Purchase Agreement Termination | US District Court for the Northern Dis | Closed |
| Imperial Frozen Foods Op Co LLC | Alex McIntosh v Imperial Frozen Foods Op Co LLC, C-03-CV-19-003778 | Breach of Employment Contract | Baltimore County Circuit Court, MD | Open |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 9, Question 17 - Employee benefit plans (ERISA, 401k, 403(b), pension, profit sharing)

| SOFA Part 9, Question 17 - Employee benefit plans (ERISA, 401k, 403(b), pension, profit sharing) | | | | |
| --- | --- | --- | --- | --- |
| Debtor Name | Name of the Plan | Plan Administered by the Debtor (Yes / No) | Employer Identification Number | Terminated (Yes / No) |
| Imperial Frozen Foods Op Co LLC | Imperial Frozen Foods 401(K) Plan - MassMutual | No | 47-1689714 | Yes |

1 of 1

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 10, Question 20 - Off-permises storage

| Debtor Name | Storage Facility Name | Address1 | City | State | Zip | Name of Those with Access to the Storage Facility | Address1 | City | State | Zip | Description of Contents | Debtor Still in Possession (Yes / No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Frozen Foods Op Co LLC | A&D Coldstream | 512 South Bridge Street | Worchester | MA | 01610 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | AMERICOLD | 1415 North Raymond Avenue | Anaheim | CA | 98201 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | AMERICOLD | 6500 Tradewater Parkway | Atlanta | GA | 30336 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | AMERICOLD | 651 Mill Road | Fogelsville | PA | 18051 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | AMERICOLD | 6765 Imron Drive | Belvidere | IL | 61008 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | AMPAC | 12025 Tricon Road | Cincinnati | OH | 45246 | Vendor Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | Coloma | 4261 Coloma Road | Coloma | MI | 49056 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Consolidated Packaging | 30 Bergen Turnpike T | Ridgefield Park | NJ | 07660 | Vendor Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | Freshtech | 164 Fredette Street | Gardner | MA | 01440 | Vendor Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | Holley Cold Storage | 16677 Holley Road | Holley | NY | 14470 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Holli-Pak | 16678 Holley Road | Holley | NY | 14470 | 3rd Party Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics | 4000 West Military Highway | McAllen | TX | 78503 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Nordic Cold Storage | 220 Nordic Way | Pooler | GA | 31312 | 3rd Party Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | PB 102,000 LLC | 176 Pine Barren Road | Pooler | GA | 31322 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Portfresh | 2001 Old River Road | Bloomingdale | GA | 31302 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Preferred Chicago 3 | 2357 S Woods Street | Chicago | IL | 60608 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Lineage Logistics | 4231 Profit Street | San Antonio | TX | 78219 | 3rd Party Warehouse | | | | | Inventory | Yes |
| Imperial Frozen Foods Op Co LLC | Sierra Packaging | 11005 Stead Blvd | Reno | NV | 89506 | Vendor Warehouse | | | | | Inventory | No |
| Imperial Frozen Foods Op Co LLC | US Cold Storage | 15 Emery Street | Bethlehem | PA | 18015 | 3rd Party Warehouse | | | | | Inventory | Yes |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 26a - Bookkeepers and accountants

| SOFA Part 13, Question 26a - Bookkeepers and accountants used within 2 years of commencement of this case | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Debtor Name** | **Name** | **Vendor #** | **Address1** | **City** | **State** | **Zip** | **Dates Services Rendered** |
| Imperial Frozen Foods Op Co LLC | Craig Higgins | | 2104 Higley Drive | Wake Forest | NC | 27587 | 12/2014 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Amy Ford | | 6316 Clamshell Drive | Wake Forest | NC | 27587 | 1/2015 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Taryn Knox | | 1208 Bradford Park R | Wake Forest | NC | 27587 | 3/2015 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Melanie Lehman | | 11 Orange Drive | Salinas | CA | 93901 | 12/2014 thru 7/2019 |
| Imperial Frozen Foods Op Co LLC | Rachel Scott | | 104 Meadowcrest Pla | Holly Spring | NC | 27540 | 4/2016 thru 09/2019 |
| Imperial Frozen Foods Op Co LLC | Nadine Prace | | 799 Lake Royale | Louisburg | NC | 27549 | 10/2018 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Kendrick Cheek | | 481 Baltimore Church | Warrenton | NC | 27589 | 9/2018 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Jennifer Dickerson | | 1515 Benton Blvd, Ap | Savannah | GA | 31407 | 5/2019 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Anita Tijerina-Carmona | | 206 Linden Avenye | San Antonio | TX | 78211 | 7/2019 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Ryan Bodenhamer | | 7453 Sextons Creek D | Raleigh | NC | 27614 | 9/2019 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Andrew Mayes | | 105 McNaughton Ct | Garner | NC | 27529 | 12/2015 thru 11/2019 |
| Imperial Frozen Foods Op Co LLC | Kelly Currin | | 1441 Tollie Weldon R | Henderson | NC | 27537 | 9/2018 thru 2/2019 |
| Imperial Frozen Foods Op Co LLC | Ninja Partners Inc | NINJA001 | 503 Neches Street | Austin | TX | 78701 | 2/2019 thru 11/2019 |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 26b - Firms or individuals who audited the books and records or prepared a financial statement

| SOFA Part 13, Question 26b - Firms or individuals who audited the books and records or prepared a financial statement within 2 years preceding commencement of this case | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Debtor Name | Name | Vendor # | Address1 | City | State | Zip | Dates Services Rendered |
| Imperial Frozen Foods Op Co LLC | Elliott Davis LLP/PLLC | ELLIO001 | PO Box 6286 | Greenville | SC | 29606-6286 | 2017 and 2018 Audit/Tax Prep |

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 13, SOFA 26d - Creditors and other parties to whom a financial statement was issued

| SOFA Part 13, Question 26d - Creditors and other parties to whom a financial statement was issued within 2 years preceding commencement of this case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Debtor Name | Name | Vendor # | Address1 | City | State | Zip | | |
| Imperial Frozen Foods Op Co LLC | Kenex Holdings LLC | | 111 W Maple Stree | Chicago | IL | 60601 | | |
| Imperial Frozen Foods Op Co LLC | Ares Management LLC | | 560 White Plains R | Tarrytown | NY | 10591 | | |
| Imperial Frozen Foods Op Co LLC | Treeline Capital Partners LLC | | 101 California Stre | San Francisco | CA | 94111 | | |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc.

| SOFA Part 13, Question 28 - Current Officers, Directors, Managing Members, Controlling Shareholders, etc. | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name | Name | Address1 | City | State | Zip | Position and nature of any interest | Percentage of interest, if any |
| Imperial Frozen Foods Op Co LLC | Kenex Holdings LLC | 111 W Maple Street, Apt 200 | Chicago | IL | 60601 | Private Equity Owner | 100% |
| Imperial Frozen Foods Op Co LLC | Craig Higgins | 2104 Higley Drive | Wake Forest | NC | 27587 | Chief Financial Officer | 0% |
| Imperial Frozen Foods Op Co LLC | Luca Da Ponte | 4309 Gallatree Lane | Raleigh | NC | 27616 | VP of Purchasing | 0% |
| Imperial Frozen Foods Op Co LLC | Matthew Goldtwaite | 2840 Fossil Creek Drive | Midlothian | TX | 76065 | Senior VP of Sales | 0% |
| Imperial Frozen Foods Op Co LLC | Laurie Steed | 400 West Hargett St., #506 | Raleigh | NC | 27603 | Director of Technical Services | 0% |
| Imperial Frozen Foods Op Co LLC | Andrew Mayes | 105 McNaughton Ct | Garner | NC | 27529 | Director of Business Systems | 0% |
| Imperial Frozen Foods Op Co LLC | Jerry Capaldi | 23 Henry J Drive | Tewksbury | MA | 1876 | Director of Sales | 0% |
| Imperial Frozen Foods Op Co LLC | John Amador | 425 Cecelio Way | Tracy | CA | 95376 | Director of Sales | 0% |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 29 - Officers, Directors, Managing Members, Controlling Shareholders, etc. who withdrew within 1 year preceding commencement of the case

| SOFA Part 13, Question 29 - Officers, Directors, Managing Members, Controlling Shareholders, etc. who withdrew within 1 year preceding commencement of the case | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name | Name | Address1 | City | State | Zip | Position and nature of any interest | Period during which position was held |
| Imperial Frozen Foods Op Co LLC | Kevin Migdal | 3044 Lawson Walk Way | Rolesville | NC | 27571 | Chief Executive Officer | 0% |
| Imperial Frozen Foods Op Co LLC | Alexander McIntosh | 9301 Pan Ridge Road | Parkville | MD | 21234 | VP of Sales | 0% |
| Imperial Frozen Foods Op Co LLC | Matthew Kimmel | 5108 Killarney Hope Drive | Raleigh | NC | 27613 | VP of Operations | 0% |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 31 - Tax Consolidation Group

| SOFA Part 13, Question 31 - Tax Consolidation Group, parent corporation of any tax consolidation group of which debtor has been a member during the 6 year | | | | |
|---|---|---|---|---|
| | | | | |
| Debtor Name | Name of Parent Corporation | Taxpayer ID No. (EIN) | | |
| Imperial Frozen Foods Op Co LLC | Imperial Frozen Foods Holdco LLC | 47-1678206 | | |

In re [Debtor Name]
Case No. [Case No.]
SOFA Part 13, Question 31 - Tax Consolidation Group

| s preceding commencement of this case | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re **Imperial Frozen Foods Op Co, LLC**

Case No. **19-05419-5**

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,665.00 |
| Prior to the filing of this statement I have received | $ | 14,665.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 26, 2019** | **/s/ Gerald A. Jeutter, Jr.** |
| *Date* | **Gerald A. Jeutter, Jr. 17724** |
| | *Signature of Attorney* |
| | **Smith Anderson** |
| | **150 Fayetteville Street, Ste. 2300** |
| | **P.O. Box 2611** |
| | **Raleigh, NC 27602-2611** |
| | **919-821-1220   Fax: 919-821-6800** |
| | **jjeutter@smithlaw.com** |
| | *Name of law firm* |

---