# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:                                              CHAPTER 7

**IMPERIAL FROZEN FOODS OP CO, LLC**             **CASE NO. 19-05419-5-DMW**

     **Debtor.**

## OBJECTION TO CLAIM AND NOTICE THEREOF

The Trustee hereby objects to the following claim on the basis set forth and hereby gives notice to claimant of such objection:

| Claim # | Name and Address of Creditor (Claimant) | Amount of Claim | Basis of Objection and Relief Requested |
|---------|------------------------------------------|------------------|------------------------------------------|
| 10 | Aramark Uniform Services Attn: Officer/Managing Agent PO Box 731676 Dallas, TX 75373 | $13,725.27 | Claim purports to be a priority § 507(a)(2) administrative expense claim through § 503(b)(1)(A). Claim is not a valid cost of administrative claim. Deny as administrative claim in full. Claim is also a duplicate of Claim No. 17 filed 1/21/2020. Deny Claim No. 10 in full. |

NOTICE IS HEREBY GIVEN to the creditors/claimants named above that the relief requested by the Trustee herein may be granted without hearing or further notice if no response to the above objections are filed in writing with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, North Carolina 27602, within thirty (30) days of the date of this objection and notice. Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth; otherwise, no hearing will be conducted unless, the Court, in its discretion, directs that a hearing be set. If a hearing is requested, such hearing will be conducted at a date, time and place to be later fixed by the Court and the parties requesting such a hearing will be notified accordingly. Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against him.

DATE OF OBJECTION AND NOTICE: October **26**, 2022.

                               *s/Gregory B. Crampton*
                               Gregory B. Crampton
                               NC State Bar No. 991
                               Chapter 7 Trustee
                               NICHOLLS & CRAMPTON, P.A.
                               Post Office Box 18237
                               Raleigh, North Carolina  27619
                               Telephone:  (919) 781-1311

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:                                          **CHAPTER 7**

**IMPERIAL FROZEN FOODS OP CO, LLC**            **CASE NO. 19-05419-5-DMW**

     **Debtor.**

## AFFIDAVIT

The undersigned, Gregory B. Crampton, Chapter 7 Trustee in the above referenced case, being duly sworn, deposes and says as follows:

1.    That he was appointed Trustee in the above referenced Chapter 7 Bankruptcy case on November 26, 2019.

2.    That he has reviewed the attached Objection to Claim and Notice Thereof relating to claim number 10 and that the information contained therein is true and accurate to the best of his knowledge and belief.

3.    That the above statements are true.

                                    Gregory B. Crampton
                                    Chapter 7 Trustee
                                    NC State Bar No. 991
                                    NICHOLLS & CRAMPTON, P.A.
                                    P. O. Box 18237
                                    Raleigh, NC 27609
                                    Telephone: 919/781-1311

Sworn to and subscribed before me, this 26th day of October, 2022.

_____
Notary Public

My Commission Expires: 1-25-2025

PHYLLIS W. HILL
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 1-25-2025.

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing OBJECTION TO CLAIM AND NOTICE THEREOF was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

| | |
|---|---|
| *VIA CM/ECF E-MAIL SERVICE ONLY*<br>Brian Behr<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | *VIA CM/ECF E-MAIL SERVICE ONLY*<br>Gerald A. Jeutter Jr.<br>Attorney for Debtor<br>Smith Anderson, LLP<br>PO Box 2611<br>Raleigh, NC 27602-2611 |
| Aramark Uniform Services<br>Attn: Officer/Managing Agent<br>PO Box 731676<br>Dallas, TX 75373 | |

This the 26 day of October, 2022.

*s/Phyllis W. Hill*
Phyllis W. Hill
Paralegal