IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTERNAL REVENUE SERVICE, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> GREGORY B. CRAMPTON, TRUSTEE, ) <br> ) <br> Appellee. ) <br> _____ ) <br> ) <br> IN RE IMPERIAL FROZEN FOODS ) <br> OP CO, LLC ) <br> ) <br> Debtor. ) <br> ) | Case No. 5:23-cv-000262-M <br><br><br><br><br> Case No. 19-bk-05419-5-DMW <br> Chapter 7 |

**ORDER GRANTING THE UNITED STATES OF AMERICA'S
MOTION TO DISMISS ITS APPEAL**

The United States of America, on behalf of the Internal Revenue Service, moved to dismiss its appeal in the above-captioned action. See Fed. R. Bankr. P. 8023(b). The parties agreed to bear their own costs and fees. The government conferred with the trustee prior to filing this motion, and he consented to the relief requested. Accordingly, it is hereby ORDERED that the motion to dismiss is GRANTED and the parties shall bear their own costs and fees.

SO ORDERED.

Date: May 31st, 2023

Hon. Richard E. Myers II
Chief United States District Judge